IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

_____

|                              |     |              |
|------------------------------|-----|--------------|
| LORI CHAVEZ-DEREMER,         | )   |              |
| SECRETARY OF LABOR,          | )   |              |
|                              | )   |              |
| Petitioner,                  | )   |              |
|                              | )   |              |
| v.                           | )   | Number 25-   |
|                              | )   |              |
| QUICK ROOFING LLC,           | )   |              |
| And its successors,          | )   |              |
|                              | )   |              |
| Respondent.                  | )   |              |
|                              | )   |              |

_____

## PETITION FOR SUMMARY ENFORCEMENT

Pursuant to section 11(b) of the Occupational Safety and Health Act of 1970 (OSH Act or Act), 29 U.S.C. § 660(b), the Secretary of Labor (Secretary) petitions this Court for an order summarily enforcing two final orders of the Occupational Safety and Health Review Commission (Commission). These final orders arise from the Occupational Safety and Health Administration's (OSHA) eleven inspections of Quick Roofing LLC's (Quick Roofing) worksites. The Commission final orders require Quick Roofing to abate OSHA violations and pay civil penalties totaling $67,714.

This Court has jurisdiction to enter a summary enforcement decree pursuant to 29 U.S.C. § 660(b). *See Secretary of Labor v. Wynnewood Refining Co.*, 354 F. App'x 292 (10th Cir. 2009). There is no time limit for filing a petition for summary enforcement of Commission final orders. 29 U.S.C. § 660(b). Venue is proper because Quick Roofing has an office and conducts business in Colorado, and several of the violations occurred in Colorado. *See id.* A proposed decree is attached to this petition.

## STATUTORY BACKGROUND

The OSH Act is designed to protect the occupational safety and health of employees working in industries affecting interstate commerce. *Atlas Roofing v. OSHRC*, 430 U.S. 442, 445 (1977). To enforce the OSH Act, OSHA inspects workplaces and issues citations to employers who violate the Act or occupational safety and health standards promulgated by OSHA.[1] 29 U.S.C. §§ 654(a), 657(a), 658, 659(a). Each citation must specify a time by which the violation is to be abated, and may propose a civil penalty. *Id.* §§ 658, 659(a), 666. The Act establishes four categories of violations—serious, other-than-serious, repeat, and willful—with heightened penalties for repeat and willful violations. *Id.* §§ 666(a), (c), (e).

Employers may contest a citation before the Commission, an independent adjudicatory agency, which resolves the dispute and issues a final order affirming, modifying, or vacating the citation and any proposed penalty, or directing other appropriate relief. 29 U.S.C. §§ 659(c), 661. An aggrieved employer may seek judicial review of a Commission final order by filing a petition for review in a federal court of appeals having jurisdiction over the matter within sixty days of the order's issuance. *Id.* § 660(a). However, if an employer does not contest a citation within fifteen working days of receiving it, the citation becomes "a final order of the Commission and not subject to review by any court or agency." *Id.* § 659(a), (b).[2]

Because of the importance of providing a safe workplace for employees, Congress also provided for enforcement of Commission final orders in section 11(b) of the OSH Act. 29 U.S.C.

---

[1] The Secretary has delegated most of her responsibilities under the OSH Act to the Assistant Secretary for Occupational Safety and Health, who heads OSHA. 85 Fed. Reg. 58393 (Sept. 18, 2020). This petition uses the terms "Secretary" and "OSHA" interchangeably.

[2] In settlement proceedings, an Administrative Law Judge (ALJ) issues an order terminating the proceedings after receiving the parties' joint notification of settlement. 29 U.S.C. § 661(j); 29 C.F.R. § 2200.90(b)(3).

§ 660(b). *See, e.g.*, *Brock v. Morysville Body Works, Inc.*, 829 F.2d 383, 386 (3d Cir. 1987) (discussing the court's jurisdiction under section 11(b) of the Act and congress's intent to "expeditiously rectify workplace hazards"). Section 11(b) provides that if no party petitions a U.S. court of appeals for review of a final order within sixty days, the Commission's order "shall be conclusive in connection with any petition for enforcement" filed by the Secretary after the sixty-day review period expires. 29 U.S.C. § 660(b). The Secretary's petition for summary enforcement and proposed decree do not presume an employer's noncompliance. Rather, the Court's summary enforcement of the Commission's final order provides a basis for the Secretary to initiate contempt proceedings in this Court if the employer fails to comply. *Brennan v. Winters Battery Mfg. Co.*, 531 F.2d 317, 321 (6th Cir. 1975) (enforcement by judicial decree provides a basis for contempt proceedings in event of non-compliance). Accordingly, the Secretary is not required to prove an employer's noncompliance when seeking section 11(b) summary enforcement. *See Acosta v. Sunfield, Inc.*, No. 18-3465, 2018 WL 6584967, at *1 (6th Cir. 2018) ("compliance with a final agency order does not moot a petition for enforcement of the order" where the settlement agreement expressed no limitations on the Secretary's right to enforce the provisions of the Act and Sunfield agreed the terms were enforceable under section 11(b)).

As relevant here, where there is a Commission final order, section 11(b) provides that the clerk of the Court shall immediately enter a decree enforcing the order, unless otherwise ordered by the Court. 29 U.S.C. § 660(b); *Chao v. Russell P. Le Frois Builder, Inc.*, 291 F.3d 219, 223 (2d Cir. 2002) (judicial "review" of Commission orders deemed final because of employer failure to contest, unless the court orders otherwise, "consists of no more than the entry of a 'decree enforcing the order'"); *Morysville Body Works*, 829 F.2d at 386 (citation that becomes

final through a failure to contest is "uncontestable and is to be entered as 'an automatic court enforcement order' of the Court of Appeals" (citation omitted)).

<h1 style="text-align:center">PROCEEDINGS BELOW</h1>

Quick Roofing provides residential and commercial roofing services. The company was incorporated in Texas in 1984 and conducts business in several states, including Colorado. Quick Roofing has an extensive OSHA violation history, including being inspected by OSHA over nineteen times at workplaces across Colorado, Texas, and Florida since 2019. As a result of those inspections, Quick Roofing has received at least twenty-nine OSHA citations,[3] fifteen of which are final order repeat or serious violations relating to lack of fall protection and jobsite inspections.

At issue in this petition are a series of citations from eleven separate inspections, which were resolved by two settlement agreements, executed on November 16, 2022 ("2022 Settlement Agreement") and May 7, 2024 ("2024 Settlement Agreement"). Exs. E, J (settlement agreements). The citations covered by the 2022 Settlement Agreement became a final order on January 9, 2023, after Quick Roofing withdrew its notices of contest to the citations, the ALJ issued an Order Terminating Proceeding, and that Order became a final order when no Commission member directed it for review, as set forth in the Notice of Docketing issued by the Executive Secretary of the Commission. Ex. E at ¶¶ 2, 8; Ex. F; Ex. G. The citations covered by the 2024 Settlement Agreement became a final order on July 15, 2024, after Quick Roofing withdrew its notices of contest to the citations, the ALJ issued an Order Terminating

---

[3] The term "citation" refers here to a Citation and Notification of Penalty, the notice OSHA provides to employers identifying safety or health violations discovered by OSHA during an inspection. A Citation and Notification of Penalty may include separately numbered "citations" and citation "items" related to a single workplace inspection, each of which alleges various violations of OSHA standards or the OSH Act.

Proceedings, and that Order became a final order when no Commission member directed it for review, as set forth in the Notice of Docketing issued by the Executive Secretary of the Commission. Ex. J at ¶¶ 10, 11, 13, 14; Ex. K; Ex. L.

**A. The Parties Entered into the 2022 Settlement Agreement to Resolve the Citations Issued Under Inspection Nos. 1566401, 1566398, 1566396, 1575342, 1570827, 1595320, 1588736, 1592944, and 1606276, Which Became a Final Order of the Commission on January 9, 2023.**

Between November 15, 2021 and July 2, 2022, OSHA initiated safety inspection numbers 1566401, 1566398, 1566396, 1575342, 1570827, 1595320, 1588736, 1592944, and 1606276 at various Quick Roofing worksites in Texas and Colorado. As a result of these 9 inspections, OSHA issued 12 citations as follows:

- As a result of safety inspection number 1566401, OSHA issued a serious citation alleging a violation of 29 CFR § 1926.20(b)(2). This citation was ultimately deleted by the terms of the 2022 Settlement Agreement. Ex. E at 1.

- As a result of safety inspection number 1566398, OSHA issued a serious citation alleging a violation of 29 CFR § 1926.20(b)(2). This citation was ultimately deleted by the terms of the 2022 Settlement Agreement. Ex. E at 1.

- As a result of safety inspection number 1566396, OSHA issued a serious citation alleging a violation of 29 CFR § 1926.20(b)(2) for failing to initiate and maintain programs which provided for frequent and regular inspections of the job site, materials, and equipment to be made by a competent person, and proposing a penalty of $14,357. Ex. A.

- As a result of safety inspection number 1575342, OSHA issued a serious citation alleging a violation of 29 CFR § 1926.20(b)(2). This citation was ultimately deleted by the terms of the 2022 Settlement Agreement. Ex. E at 2.

- As a result of safety inspection number 1570827, OSHA issued two citations. The first citation alleged a serious violation of 29 CFR § 1926.20(b)(2). This citation was ultimately deleted by the terms of the 2022 Settlement Agreement. Ex. E at 2. The second citation alleged an other-than-serious violation of 29 CFR § 1904.40(a) for failing to provide OSHA with the requested OSHA 300 Logs within four business hours of the initial request, and proposed a penalty of $2,051. Ex. B.

- As a result of safety inspection number 1595320, OSHA issued a serious citation alleging a violation of 29 CFR § 1926.20(b)(2). This citation was ultimately deleted by the terms of the 2022 Settlement Agreement. Ex. E at 2.

- As a result of safety inspection number 1588736, OSHA issued one serious citation and one repeat-serious citation. The serious citation alleged a violation of 29 CFR §

1926.503(a)(1) and the repeat-serious citation alleged a violation of 29 CFR § 1926.501(b)(13). Both citations were ultimately deleted by the terms of the 2022 Settlement Agreement. Ex. E at 3.

- As a result of safety inspection number 1592944, OSHA issued one serious citation and one repeat-serious citation. The serious citation alleged a violation of 29 CFR § 1926.503(a)(1). This citation was ultimately deleted by the terms of the 2022 Settlement Agreement. Ex. E at 2. The repeat-serious citation alleged a violation of 29 CFR § 1926.501(b)(13) for exposing employees to fall hazards of 12 feet 9 inches to the ground below while performing roofing operations without fall protection, and proposed a penalty of $8,701. Ex. C. This citation was modified from repeat-serious to serious by the terms of the 2022 Settlement Agreement. Ex. E at 2.

- As a result of safety inspection number 1606276, OSHA issued a serious citation alleging a violation of 29 CFR § 1926.20(b)(2) for failing to initiate and maintain programs which provided for frequent and regular inspections of the job site, materials, and equipment to be made by a competent person, and proposing a penalty of $14,357. Ex. D.

Quick Roofing, through their representative, timely contested the citations, and the Secretary thereafter filed a complaint, notifying the Commission of the employer's notice of contest. The nine cases were consolidated and ultimately resolved when the parties entered into a formal settlement agreement on November 16, 2022. Ex. E (2022 Settlement Agreement). The terms of the 2022 Settlement Agreement modified or deleted several of the alleged citations, as noted above, and reduced the total assessed penalties to $58,714. *Id.* at 1-2 & ¶ 1. The terms of the 2022 Settlement Agreement also required Quick Roofing to abate the conditions described in all remaining citations by completing the following general abatement terms:

1. Retain a full-time safety director with training and experience in the relevant fields;

2. Continue to conduct regular safety inspections of worksites at a frequency commensurate with the anticipated risk inherent in the job to be performed, but at a minimum, twice per month;

3. Document the results of safety inspections including fully documenting the circumstances of any non-compliant conditions and maintain this documentation for an appropriate time;

4. Ensure that Quick Roofing's safety and health program incorporates specific safety responsibilities and expectations for subcontractor personnel and exercise progressive discipline against subcontractors found not in compliance;

5. Ensure that any person conducting the inspections has been appropriately trained on the recognition and avoidance of hazards in the construction industry and provide OSHA with the identities and titles of those individuals;

6. Develop and implement a corporate-wide policy outlining the manner in which Quick Roofing will interact with OSHA during inspection activities, including that personnel will provide OSHA with requested documentation in a timely manner; and

7. Identify by name, title and contact information "points of contact" in Texas and Colorado responsible for coordinating OSHA inspection activities.

*Id.* at ¶ 3.

The parties further agreed in the 2022 Settlement Agreement that Quick Roofing's failure to comply with the terms of the agreement may be subject to an enforcement action pursuant to section 11(b) of the OSH Act and that Quick Roofing would not oppose the entry, pursuant to section 11(b), of an order of enforcement by a United States Court of Appeals. *Id.* at ¶ 5.

The parties submitted a joint notification of settlement to the Commission ALJ presiding over the covered cases. On December 1, 2022, the ALJ issued an Order Terminating Proceeding. Ex. F (Order Terminating Proceeding). On December 8, 2022, the Executive Secretary of the Commission issued a Notice of Docketing, which provided that the ALJ's Order Terminating Proceeding would become a final order on January 9, 2023, unless a Commission member directed review of the decision on or before that date. Ex. G (Notice of Docketing). No Commission member directed the decision for review, thus the ALJ's Order Terminating Proceeding became a final order on January 9, 2023. Ex. G (Notice of Docketing); 29 U.S.C. § 661(j). The terms of the 2022 Settlement Agreement provided that the agreement would become a final order of the Commission on the same date that the Order Terminating Proceeding became a final order; consequently, the 2022 Settlement Agreement also became a final order of the Commission on January 9, 2023 by its terms. Ex. E at ¶ 8.

**B. The Parties Entered into the 2024 Settlement Agreement to Resolve the Citations Issued Under Inspection Nos. 1662330 and 1699316, Which Became a Final Order of the Commission on July 15, 2024**.

On April 8, 2023, OSHA initiated safety inspection number 1662330 of a Quick Roofing worksite in Colorado. Ex. H. As a result of this inspection, OSHA issued one serious citation alleging a violation of 29 CFR § 1926.503(a)(2), for failing to ensure that employees exposed to fall hazards were trained by a competent person, and proposing a penalty of $8,036. Ex. H. On August 22, 2023, OSHA initiated safety inspection number 1699316 of another Quick Roofing worksite in Colorado. Ex. I. As a result of this inspection, OSHA issued a repeat-serious citation alleging a violation of 29 CFR § 1926.20(b)(2), for failing to initiate and maintain programs which provided for frequent and regular inspections of the job site, materials, and equipment to be made by a competent person, and proposing a penalty of $31,939. Ex. I.

Quick Roofing, through their representative, timely contested the citations, and the Secretary thereafter filed a complaint, notifying the Commission of the employer's notice of contest. The two cases were consolidated and ultimately resolved when the parties entered into a formal settlement agreement on May 7, 2024. Ex. J (2024 Settlement Agreement). The terms of the 2024 Settlement Agreement retained both citations, but modified the repeat-serious citation to a serious citation, and reduced the penalties to a total of $9,000 in assessed penalties. *Id.* at ¶¶ 3-4. The terms of the 2024 Settlement Agreement also required Quick Roofing to abate the conditions described in both citations and to complete the following general enhanced abatement provisions within 45 days of the date of the agreement:

1. Provide training to on the fall protection requirements under the OSH Act, including the limitations to the exception under 1926.500(a);

2. Provide all field personnel with an OSHA 10-hour outreach course and all safety managers with an OSHA 30-hour course, and send proof of completion to OSHA;

3. Issue a notice or safety bulletin that fall protection must be worn at all times except in the rare instance that the exception under 1926.500(a) applies;

4. Cooperate with OSHA in good faith during all future inspections, including providing timely responses to all requests for documents; and

5. Advise all contractors, employees, managers, and safety personnel in writing of their obligation to cooperate with OSHA during inspections.

*Id.* at ¶ 7. The 2024 Settlement Agreement also required Quick Roofing, within 30 days after the date of the agreement, to develop and implement a safety inspection program in Colorado designed to provide oversight of Quick Roofing's contractors and ensure compliance with the provisions of the OSH Act at its worksites. *Id.* at ¶ 8. Quick Roofing agreed to develop and use a safety checklist for each of its safety teams to use during inspections to identify hazards and to document which job sites are inspected, when the inspection was conducted, what findings were made, and what corrective actions (if any) were taken. *Id.* Quick Roofing agreed that beginning in June 2024 it would inspect at least 20% of all job sites in Colorado, and that for a period of six months between June and December 2024, it would provide copies of the completed inspections, with findings and corrective actions, to OSHA no later than the 10th day of the following month. *Id.* In addition to these terms, the 2024 Settlement Agreement incorporated the terms of the 2022 Settlement Agreement, and Quick Roofing agreed it would continue to comply with the terms of that agreement. *Id.* at ¶ 9. The parties further agreed that Quick Roofing's failure to comply with the terms of the 2024 Settlement Agreement may be subject to an enforcement action pursuant to section 11(b) of the OSH Act and that Quick Roofing would not oppose the entry, pursuant to section 11(b), of an order of enforcement by a United States Court of Appeals. *Id.* at ¶ 11.

The parties submitted a joint notification of settlement to the Commission ALJ presiding over Quick Roofing's contest to the citations arising out of these cases. On May 22, 2024, the ALJ issued an Order Terminating Proceedings. Ex. K (Order Terminating Proceedings). On June

13, 2024, the Executive Secretary of the Commission issued a Notice of Docketing, which provided that the ALJ's Order Terminating Proceeding would become a final order on July 15, 2024, unless a Commission member directed review of the decision on or before that date. Ex. L (Notice of Docketing). No Commission member directed the decision for review, thus the ALJ's Order Terminating Proceeding became a final order on July 15, 2024. Ex. L (Notice of Docketing); 29 U.S.C. § 661(j). The terms of the 2024 Settlement Agreement provided that the agreement would become a final order of the Commission on the same date that the Order Terminating Proceeding became a final order; consequently, the 2024 Settlement Agreement also became a final order of the Commission on July 15, 2024, by its terms. Ex. J at ¶ 13.

### C. Quick Roofing Has Been Inspected Several Times Since the 2024 Settlement Agreement and Continues to Receive OSHA Citations.

Following the two inspections resolved by the 2024 Settlement Agreement, OSHA has conducted or opened almost a dozen more inspections of Quick Roofing worksites across Iowa, Texas, and Colorado, and has issued several new citations. Specifically, OSHA opened safety inspection number 1709075 on November 7, 2023, and issued a repeat-serious citation for a violation for 29 CFR § 1926.501(b)(13) for exposing employees to a fall hazard. Ex. M. OSHA opened safety inspection number 1754451 on June 12, 2024, and issued one serious citation for a violation of 29 CFR § 1910.23(c)(11) for failing to ensure the side rails of portable ladders extended three feet over the landing surface, and one repeat-serious citation for a violation of 29 CFR § 1910.28(b)(1)(i) for failing to ensure each employee on a walking-working surface with an unprotected edge was protected from fall hazards. Ex. N. And OSHA opened safety inspection number 1754502 on June 12, 2024, and issued one other-than-serious citation for a violation of 29 CFR § 1910.1200(h)(1) for failing to provide employees with effective information and training on hazardous chemicals in their work area. Ex. O. In addition to those

cases in which citations have already been issued, OSHA has opened at least an additional six

new inspections of Quick Roofing worksite in 2024 and 2025, some of which remain open.

**D. Quick Roofing Has Failed to Fully Comply with the 2022 or 2024 Settlement Agreements**.

To date, Quick Roofing has only partially complied with the 2022 and 2024 Settlement

Agreements, which are both Commission final orders. Specifically, Quick Roofing never

submitted proof to OSHA that it had provided training on fall protection as required by

paragraph 7.a. of the 2024 Settlement Agreement, despite several inquiries from OSHA, all of

which went unanswered. Ex. J at ¶ 7.a. Quick Roofing is not complying with paragraph 7.d of

the 2024 Settlement Agreement or paragraph 3.f of the 2022 Settlement Agreement to cooperate

with OSHA in good faith and provide timely responses to document requests, as OSHA has

continued to encounter difficulties obtaining documentation from Quick Roofing during

subsequent inspections, receiving only partial and/or late responses to subpoenas after numerous

emails and reminders. Ex. J at ¶ 7.d; Ex. E at ¶ 3.f. Quick Roofing has also only provided partial

evidence of completing its obligation in paragraph 8 of the 2024 Settlement Agreement to

develop and implement a safety inspection program in Colorado and provide OSHA with copies

of completed inspections from June through December 2024. Ex. J at ¶ 8. Quick Roofing

provided completed inspection reports from June through September 2024, but then they

appeared to have stopped doing inspections in September, despite continuing to perform work in

Colorado. Quick Roofing also did not comply with the submittal requirements of this

information as stipulated in the agreement, and OSHA has had to repeatedly request the required

information. Additionally, OSHA has been told by some managers during subsequent

inspections that Quick Roofing's policy is not to do any safety inspections, and that the

subcontractor is responsible for all safety at their jobsites. Quick Roofing's failure to conduct

regular safety inspections violates the obligations set forth in the 2022 Settlement Agreement. Ex. E at ¶ 3(b)-(c). Quick Roofing is also failing to comply with paragraph 3.a of the 2022 Settlement Agreement, as OSHA has encountered individuals managing Quick Roofing worksites who are not competent persons and have not received OSHA 10 training. Each failure to comply with the 2022 Settlement Agreement is also a failure to comply with the 2024 Settlement Agreement, as the former was incorporated into the latter. Ex. J at ¶ 9. Finally, as noted above, Quick Roofing continues to violate OSHA standards, as evidenced through subsequent inspections and citations, despite agreeing in both settlement agreements to make good-faith efforts to comply with the OSH Act. Ex. E at ¶ 10; Ex. J at ¶ 16.

**REQUEST FOR JUDICIAL ENFORCEMENT**

Quick Roofing has a history of failing to comply with Commission final orders and of repeatedly violating the OSH Act, placing its employees at risk of serious injury or death. *See* Exs. A-E, H-J, G-I. The Secretary seeks summary enforcement of the Commission's final orders to ensure that Quick Roofing's compliance. Summary enforcement is appropriate because upon entering the settlement agreements, Quick Roofing withdrew its notices of contest in the consolidated cases and the citations (as amended by the agreement) became an unreviewable Commission final order. 29 C.F.R. §§ 660(b), 659(a). The Secretary therefore requests that the Court grant this petition and enter a decree enforcing the Commission's two final orders.


Dated: June 24, 2025                                        Respectfully submitted,

                                                            JONATHAN L. SNARE
                                                            Acting Solicitor of Labor

                                                            EDMUND C. BAIRD
                                                            Associate Solicitor for
                                                            Occupational Safety and Health

LOUISE M. BETTS
Counsel for Appellate Litigation

/s/ *Marisa C. Schnaith*
MARISA C. SCHNAITH
Senior Attorney
U.S. Department of Labor
200 Constitution Ave. NW
Room S-4004
Washington, DC 20210
(202) 693-5517
schnaith.marisa.c@dol.gov

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

_____

|                                          |     |             |
|------------------------------------------|-----|-------------|
| LORI CHAVEZ-DEREMER,                      | )   |             |
| SECRETARY OF LABOR,                       | )   |             |
|                                          | )   |             |
| Petitioner,                               | )   |             |
|                                          | )   |             |
| v.                                       | )   | Number 25-  |
|                                          | )   |             |
| QUICK ROOFING LLC,                        | )   |             |
| And its successors,                       | )   |             |
|                                          | )   |             |
| Respondent.                               | )   |             |
|                                          | )   |             |

_____

**DECREE ENFORCING FINAL ORDERS OF THE OCCUPATIONAL
SAFETY AND HEALTH REVIEW COMMISSION**

This matter is before the Court on a motion of the Secretary of Labor for summary entry

of judgment against Respondent, Quick Roofing LLC, and its successors, enforcing two final

orders of the Occupational Safety and Health Review Commission (OSHRC or Commission).

The Secretary is entitled to summary judicial enforcement of the orders.

WHEREFORE, under section 11(b) of the Occupational Safety and Health Act of 1970,

29 U.S.C. § 660(b), it is hereby:

ORDERED, ADJUDGED, AND DECREED that the two final orders of the Commission

arising under the settlement agreement resolving the citations issued under inspection numbers

1566401, 1566398, 1566396, 1575342, 1570827, 1595320, 1588736, 1592944, and 1606276;

and the settlement agreement resolving the citations issued under inspection numbers 1662330

and 1699316 are hereby enforced. Accordingly, Quick Roofing LLC shall:

1.      Abate the violations enumerated in the citations issued under OSHA inspection

numbers 1566401, 1566398, 1566396, 1575342, 1570827, 1595320, 1588736, 1592944,

1606276, 1662330, and 1699316, as retained and modified in the applicable settlement agreements.

2. Complete all abatement terms enumerated in the settlement agreement resolving the citations issued under inspection numbers 1566401, 1566398, 1566396, 1575342, 1570827, 1595320, 1588736, 1592944, and 1606276, and the settlement agreement resolving the citations issued under inspection numbers 1662330 and 1699316.

3. Cease and desist from violating in any like or related manner OSHA standards as set forth in the retained citations in OSHA inspection numbers 1566401, 1566398, 1566396, 1575342, 1570827, 1595320, 1588736, 1592944, 1606276, 1662330, and 1699316.

4. Advise Chad Vivian, Area Director, Englewood Area Office, Occupational Safety and Health Administration, U.S. Department of Labor, in writing within ten days of the date of this Decree of the steps taken to comply with this Decree.


ENTERED BY ORDER OF THE COURT


_____
Clerk

Date:_____

# CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2025, I filed a copy of the foregoing Petition for

Summary Enforcement electronically via the Court's CM/ECF system and thereby served a copy

on Respondent, Quick Roofing, LLC, through the Clerk of Court pursuant to Fed. R. App. P.

15(c) at the following addresses:

**Principal Place of Business:**
Quick Roofing, LLC
925 E Kennedale Pkwy,
Kennedale, TX 76060

**Registered Agent:**
Incorp Services, Inc.
36 South 18th Ave., Suite D,
Brighton, CO 80601

/s/ *Marisa C. Schnaith*
MARISA C. SCHNAITH
Senior Attorney
U.S. Department of Labor
200 Constitution Ave. NW
Room S-4004
Washington, DC 20210
(202) 693-5517
schnaith.marisa.c@dol.gov

Exhibit A

**U.S. Department of Labor**     Occupational Safety and Health Administration
8713 Airport Freeway
Suite 302
Fort Worth, TX 76180



02/03/2022


Quick Roofing LLC
and its successors
925 East Kennedale Pkwy
Kennedale, TX 76060


Dear Employer:


Enclosed you will find citations for violations of the Occupational Safety and Health Act of 1970 (the Act) which may have accompanying proposed penalties. Also enclosed is a booklet entitled, "Employer Rights and Responsibilities Following an OSHA Inspection", (OSHA 3000-04R) revised 2018, which explains your rights and responsibilities under the Act. If you have any questions about the enclosed citations and penalties, I would welcome further discussions in person or by telephone. Please contact me at (817) 428-2470.


You will note on page 6 of the booklet that, for violations which you do not contest, you must (1) notify this office promptly by letter that you have taken appropriate corrective action within the time set forth on the citation; and (2) pay any penalties assessed. Please inform me of the abatement steps you have taken and of their dates together with adequate supporting documentation; e.g., drawings or photographs of corrected conditions, purchase/work orders related to abatement actions, air sampling results. This information will allow us to close the case.


As indicated on page 3 of the booklet, you may request an informal conference with me during the 15-working-day notice of contest period. During such an informal conference you may present any evidence or views which you believe would support an adjustment to the citation or the penalty.


If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of the citation. The running of this contest period is not interrupted by an informal conference.


If you decide to request an informal conference, please complete the attached notice at the bottom of this letter and post it next to the Citations as soon as the time, date and the place of the informal conference have been determined. Be sure to bring to the conference with you any and all supporting documentation of existing conditions as well as of any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.

Sincerely,

For *Joel Batiz*

**Timothy Minor**
Area Director

Enclosures

# U.S. Department of Labor

Occupational Safety and Health Administration
8713 Airport Freeway
Suite 302
Fort Worth, TX 76180



## Citation and Notification of Penalty

**To**:
Quick Roofing LLC
and its successors
925 East Kennedale Pkwy
Kennedale, TX 76060

**Inspection Number**: 1566396
**Inspection Date(s)**: 11/16/2021 - 11/16/2021
**Issuance Date**:     02/03/2022

**Inspection Site:**
700 Parkside Drive
Argyle, TX 76226

*The violation(s) described in this Citation and Notification of Penalty is (are) alleged to have occurred on or about the day(s) the inspection was made unless otherwise indicated within the description given below.*

This Citation and Notification of Penalty (this Citation) describes violations of the Occupational Safety and Health Act of 1970. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 15 working days (excluding weekends and Federal holidays) from your receipt of this Citation and Notification of Penalty **you either call to schedule an informal conference (see paragraph below) or** you mail a notice of contest to the U.S. Department of Labor Area Office at the address shown above. Please refer to the enclosed booklet (OSHA 3000) which outlines your rights and responsibilities and which should be read in conjunction with this form. Issuance of this Citation does not constitute a finding that a violation of the Act has occurred unless there is a failure to contest as provided for in the Act or, if contested, unless this Citation is affirmed by the Review Commission or a court.

**Posting -** The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or, if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 3 working days (excluding weekends and Federal holidays), whichever is longer.

**Informal Conference -** An informal conference is not required. However, if you wish to have such a conference you may request one with the Area Director during the 15 working day contest period by calling (817) 428-2470. During such an informal conference, you may present any evidence or views which you believe would support an adjustment to the citation(s) and/or penalty(ies).

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of this Citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete, remove and post the Notice to Employees next to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have been determined. Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**Right to Contest –** You have the right to contest this Citation and Notification of Penalty. You may contest all citation items or only individual items. You may also contest proposed penalties and/or abatement dates without contesting the underlying violations. <u>Unless you inform the Area Director in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 15 working days after receipt, the citation(s) and the proposed penalty(ies) will become a final order of the Occupational Safety and Health Review Commission and may not be reviewed by any court or agency.</u>

**Penalty Payment –** Penalties are due within 15 working days of receipt of this notification unless contested. (See the enclosed booklet and the additional information provided related to the Debt Collection Act of 1982.) Make your check or money order payable to "DOL-OSHA". Please indicate the Inspection Number on the remittance. You can also make your payment electronically at www.pay.gov. At the top of the pay.gov homepage, type **"OSHA"** in the Search field and select Search. From **OSHA Penalty Payment Form** search result, select Continue. The direct link is:

https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334

You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will process the payments as if these restrictions or conditions do not exist.

**Notification of Corrective Action –** For each violation which you do not contest, you must provide *abatement certification* to the Area Director of the OSHA office issuing the citation and identified above. This abatement certification is to be provided by letter within 10 calendar days after each abatement date. Abatement certification includes the date and method of abatement. If the citation indicates that the violation was corrected during the inspection, no abatement certification is required for that item. The abatement certification letter must be posted at the location where the violation appeared and the corrective action took place or employees must otherwise be effectively informed about abatement activities. A sample abatement certification letter is enclosed with this Citation. In addition, where the citation indicates that *abatement documentation* is necessary, evidence of the purchase or repair of equipment, photographs or video, receipts, training records, etc., verifying that abatement has occurred is required to be provided to the Area Director.

**Employer Discrimination Unlawful –** The law prohibits discrimination by an employer against an

employee for filing a complaint or for exercising any rights under this Act. An employee who believes that he/she has been discriminated against may file a complaint no later than 30 days after the discrimination occurred with the U.S. Department of Labor Area Office at the address shown above.

**Employer Rights and Responsibilities** – The enclosed booklet (OSHA 3000) outlines additional employer rights and responsibilities and should be read in conjunction with this notification.

**Notice to Employees** – The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the U.S. Department of Labor Area Office at the address shown above and postmarked within 15 working days (excluding weekends and Federal holidays) of the receipt by the employer of this Citation and Notification of Penalty.

**Inspection Activity Data –** You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of the Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.

**U.S. Department of Labor**
Occupational Safety and Health Administration



# NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with OSHA to discuss the citation(s) issued on

02/03/2022. The conference will be held by telephone or at the OSHA office located at 8713

Airport Freeway, Suite 302, Fort Worth, TX 76180 on _____ at

_____. Employees and/or representatives of employees have a right to attend an

informal conference.

# CERTIFICATION OF CORRECTIVE ACTION WORKSHEET

**Inspection Number: 1566396**

Company Name: Quick Roofing LLC
Inspection Site: 700 Parkside Drive, Argyle, TX 76226
Issuance Date: 02/03/2022

List the specific method of correction for each item on this citation in this package that does not read "Corrected During Inspection" and return to: **U.S. Department of Labor – Occupational Safety and Health Administration, 8713 Airport Freeway, Suite 302, Fort Worth, TX 76180.**

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

I certify that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement.

_____          _____
Signature                                Date

_____          _____
Typed or Printed Name                    Title

**NOTE: 29 USC 666(g)** whoever knowingly makes any false statements, representation or certification in any application, record, plan or other documents filed or required to be maintained pursuant to the Act shall, upon conviction, be punished by a fine of not more than $10,000 or by imprisonment of not more than 6 months or both.

**POSTING:** A copy of completed Corrective Action Worksheet should be posted for employee review



<u>**Citation and Notification of Penalty**</u>

**Company Name: Quick Roofing LLC**
**Inspection Site:** 700 Parkside Drive, Argyle, TX 76226

---

<u>Citation 1 Item 1</u>     Type of Violation: **Serious**

29 CFR 1926.20(b)(2):The employer did not initiate and maintain programs which provided for frequent and regular inspections of the job site, materials and equipment to be made by a competent person(s)

On or about November 16, 2021 at a jobsite located at 700 Parkside Drive, Argyle, TX; the employer did not ensure a program was initiated or maintained to provide frequent and regular inspection of the job site, materials and equipment to be made by a competent person(s).

In accordance with 29 CFR 1903.19(d), abatement certification is required for this violation (using the CERTIFICATION OF ACTION WORKSHEET), and in addition, documentation demonstrating that abatement is complete must be included with your certification. This documentation may include, but is not limited to, evidence of the purchase or repair of the equipment, photographic or video evidence of abatement, or other written records.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                    March 04, 2022
Proposed Penalty:                                          $14,357.00

For *Joel Batiz*
                Timothy Minor
                Area Director

---

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

**U.S. Department of Labor**

Occupational Safety and Health Administration
8713 Airport Freeway
Suite 302
Fort Worth, TX 76180



---

## INVOICE /
## DEBT COLLECTION NOTICE

**Company Name: Quick Roofing LLC**
**Inspection Site: 700 Parkside Drive, Argyle, TX 76226**
**Issuance Date:**     02/03/2022

Summary of Penalties for Inspection Number:              1566396

   Citation 1 Item 1, Serious                                                        $14,357.00

---

**TOTAL PROPOSED PENALTIES:**                                          **$14,357.00**

To avoid additional charges, please remit payment promptly to this Area Office for the total amount of the uncontested penalties summarized above. Make your check or money order payable to: "DOL-OSHA". Please indicate OSHA's Inspection Number (indicated above) on the remittance. You can also make your payment electronically at www.pay.gov. At the top of the pay.gov homepage, type "**OSHA**" in the Search field and select Search. From the **OSHA Penalty Payment Form** search result, select Continue. The direct link is: https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334. You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will cash the check or money order as if these restrictions or conditions do not exist.

If a personal check is issued, it will be converted into an electronic fund transfer (EFT). This means that our bank will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will then usually occur within 24 hours and will be shown on your regular account statement. You will not receive your original check back. The bank will destroy your original check, but will keep a copy of it. If the EFT cannot be completed because of insufficient funds or closed account, the bank will attempt to make the transfer up to two times.

Pursuant to the Debt Collection Act of 1982 (Public Law 97-365) and regulations of the U.S. Department of Labor (29 CFR Part 20), the Occupational Safety and Health Administration is required to assess interest, delinquent charges, and administrative costs for the collection of delinquent penalty debts for violations of the Occupational

Safety and Health Act.

**Interest**: Interest charges will be assessed at an annual rate determined by the Secretary of the Treasury on all penalty debt amounts not paid within one month (30 calendar days) of the date on which the debt amount becomes due and payable (penalty due date). The current interest rate is one percent (1%). Interest will accrue from the date on which the penalty amounts (as proposed or adjusted) become a final order of the Occupational Safety and Health Review Commission (that is, 15 working days from your receipt of the Citation and Notification of Penalty), unless you file a notice of contest. Interest charges will be waived if the full amount owed is paid within 30 calendar days of the final order.

**Delinquent Charges**: A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made. If the debt remains delinquent for more than 90 calendar days, a delinquent charge of six percent (6%) per annum will be assessed accruing from the date that the debt became delinquent.

**Administrative Costs**: Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts. These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt. Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.

For _____     _____ 3.4.22 _____

**Timothy Minor**                                                Date
Area Director

Exhibit B

**U.S. Department of Labor**  Occupational Safety and Health Administration
8713 Airport Freeway
Suite 302
Fort Worth, TX 76180



06/02/2022

Quick Roofing, LLC.
and its successors
925 East Kennedale PKWY
Kennedale, TX 76060

Dear Employer:

Enclosed you will find citations for violations of the Occupational Safety and Health Act of 1970 (the Act) which may have accompanying proposed penalties. Also enclosed is a booklet entitled, "Employer Rights and Responsibilities Following an OSHA Inspection", (OSHA 3000-04R) revised 2018, which explains your rights and responsibilities under the Act. If you have any questions about the enclosed citations and penalties, I would welcome further discussions in person or by telephone. Please contact me at (817) 428-2470.

You will note on page 6 of the booklet that, for violations which you do not contest, you must (1) notify this office promptly by letter that you have taken appropriate corrective action within the time set forth on the citation; and (2) pay any penalties assessed. Please inform me of the abatement steps you have taken and of their dates together with adequate supporting documentation; e.g., drawings or photographs of corrected conditions, purchase/work orders related to abatement actions, air sampling results. This information will allow us to close the case.

As indicated on page 3 of the booklet, you may request an informal conference with me during the 15-working-day notice of contest period. During such an informal conference you may present any evidence or views which you believe would support an adjustment to the citation or the penalty.

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of the citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete the attached notice at the bottom of this letter and post it next to the Citations as soon as the time, date and the place of the informal conference have been determined. Be sure to bring to the conference with you any and all supporting documentation of existing conditions as well as of any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.

Sincerely,

For *Joel Batiz*

**Timothy Minor**
Area Director

Enclosures

**U.S. Department of Labor**

Occupational Safety and Health Administration
8713 Airport Freeway
Suite 302
Fort Worth, TX 76180



## Citation and Notification of Penalty

**To**:
Quick Roofing, LLC.
and its successors
925 East Kennedale PKWY
Kennedale, TX 76060

**Inspection Number**: 1570827
**Inspection Date(s)**: 12/27/2021 - 12/27/2021
**Issuance Date**:     06/02/2022

**Inspection Site:**
3129 Elizabeth Lane
Copper Canyon, TX 75077

*The violation(s) described in this Citation and Notification of Penalty is (are) alleged to have occurred on or about the day(s) the inspection was made unless otherwise indicated within the description given below.*

This Citation and Notification of Penalty (this Citation) describes violations of the Occupational Safety and Health Act of 1970. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 15 working days (excluding weekends and Federal holidays) from your receipt of this Citation and Notification of Penalty **you either call to schedule an informal conference (see paragraph below) or** you mail a notice of contest to the U.S. Department of Labor Area Office at the address shown above. Please refer to the enclosed booklet (OSHA 3000) which outlines your rights and responsibilities and which should be read in conjunction with this form. Issuance of this Citation does not constitute a finding that a violation of the Act has occurred unless there is a failure to contest as provided for in the Act or, if contested, unless this Citation is affirmed by the Review Commission or a court.

**Posting -** The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or, if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 3 working days (excluding weekends and Federal holidays), whichever is longer.

**Informal Conference -** An informal conference is not required. However, if you wish to have such a conference you may request one with the Area Director during the 15 working day contest period by calling (817) 428-2470. During such an informal conference, you may present any evidence or views which you believe would support an adjustment to the citation(s) and/or penalty(ies).

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of this Citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete, remove and post the Notice to Employees next to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have been determined. Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**Right to Contest –** You have the right to contest this Citation and Notification of Penalty. You may contest all citation items or only individual items. You may also contest proposed penalties and/or abatement dates without contesting the underlying violations. **Unless you inform the Area Director in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 15 working days after receipt, the citation(s) and the proposed penalty(ies) will become a final order of the Occupational Safety and Health Review Commission and may not be reviewed by any court or agency.**

**Penalty Payment** – Penalties are due within 15 working days of receipt of this notification unless contested. (See the enclosed booklet and the additional information provided related to the Debt Collection Act of 1982.) Make your check or money order payable to "DOL-OSHA". Please indicate the Inspection Number on the remittance. You can also make your payment electronically at www.pay.gov. At the top of the pay.gov homepage, type **"OSHA"** in the Search field and select Search. From **OSHA Penalty Payment Form** search result, select Continue. The direct link is:

https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334

You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will process the payments as if these restrictions or conditions do not exist.

**Notification of Corrective Action** – For each violation which you do not contest, you must provide *abatement certification* to the Area Director of the OSHA office issuing the citation and identified above. This abatement certification is to be provided by letter within 10 calendar days after each abatement date. Abatement certification includes the date and method of abatement. If the citation indicates that the violation was corrected during the inspection, no abatement certification is required for that item. The abatement certification letter must be posted at the location where the violation appeared and the corrective action took place or employees must otherwise be effectively informed about abatement activities. A sample abatement certification letter is enclosed with this Citation. In addition, where the citation indicates that *abatement documentation* is necessary, evidence of the purchase or repair of equipment, photographs or video, receipts, training records, etc., verifying that abatement has occurred is required to be provided to the Area Director.

**Employer Discrimination Unlawful** – The law prohibits discrimination by an employer against an

employee for filing a complaint or for exercising any rights under this Act. An employee who believes that he/she has been discriminated against may file a complaint no later than 30 days after the discrimination occurred with the U.S. Department of Labor Area Office at the address shown above.

**Employer Rights and Responsibilities** – The enclosed booklet (OSHA 3000) outlines additional employer rights and responsibilities and should be read in conjunction with this notification.

**Notice to Employees** – The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the U.S. Department of Labor Area Office at the address shown above and postmarked within 15 working days (excluding weekends and Federal holidays) of the receipt by the employer of this Citation and Notification of Penalty.

**Inspection Activity Data** – You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of the Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.



# NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with OSHA to discuss the citation(s) issued on

06/02/2022. The conference will be held by telephone or at the OSHA office located at 8713

Airport Freeway, Suite 302, Fort Worth, TX 76180 on _____ at

_____. Employees and/or representatives of employees have a right to attend an

informal conference.

## CERTIFICATION OF CORRECTIVE ACTION WORKSHEET

**Inspection Number: 1570827**

Company Name: Quick Roofing, LLC.
Inspection Site: 3129 Elizabeth Lane, Copper Canyon, TX 75077
Issuance Date: 06/02/2022

List the specific method of correction for each item on this citation in this package that does not read "Corrected During Inspection" and return to: **U.S. Department of Labor – Occupational Safety and Health Administration, 8713 Airport Freeway, Suite 302, Fort Worth, TX 76180.**

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

I certify that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement.

_____          _____
Signature                                                       Date

_____          _____
Typed or Printed Name                                  Title

**NOTE: 29 USC 666(g)** whoever knowingly makes any false statements, representation or certification in any application, record, plan or other documents filed or required to be maintained pursuant to the Act shall, upon conviction, be punished by a fine of not more than $10,000 or by imprisonment of not more than 6 months or both.

**POSTING:** A copy of completed Corrective Action Worksheet should be posted for employee review



**<u>Citation and Notification of Penalty</u>**

**Company Name: Quick Roofing, LLC.**
**Inspection Site:** 3129 Elizabeth Lane, Copper Canyon, TX 75077

---

<u>Citation 1 Item 1</u>    Type of Violation: **Serious**

29 CFR 1926.20(b)(2):The employer did not initiate and maintain programs which provided for frequent and regular inspections of the job site, materials and equipment to be made by a competent person(s).

On or about December 27, 2021, at a jobsite located at 3129 Elizabeth Lane, Copper Canyon, TX; the employer did not ensure a program was initiated or maintained to provide frequent and regular inspection of the job site, materials and equipment to be made by a competent person(s).

In accordance with 29 CFR 1903.19(d), abatement certification is required for this violation (using the CERTIFICATION OF ACTION WORKSHEET), and in addition, documentation demonstrating that abatement is complete must be included with your certification. This documentation may include, but is not limited to, evidence of the purchase or repair of the equipment, photographic or video evidence of abatement, or other written records.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                                July 01, 2022
Proposed Penalty:                                                              $14,357.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 6                              OSHA-2



**Citation and Notification of Penalty**

**Company Name: Quick Roofing, LLC.**
**Inspection Site:** 3129 Elizabeth Lane, Copper Canyon, TX 75077

---

<u>Citation 2 Item 1</u>     Type of Violation: **Other-than-Serious**

29 CFR 1904.40(a): The employer did not provide an authorized government representative the records within the four business hours.

On or about December 27, 2021, the employer did not provide the requested OSHA 300 Logs to OSHA within four business hours of the initial request.

In accordance with 29 CFR 1903.19(c), abatement certification is required for this violation (using the CERTIFICATION OF CORRECTIVE ACTION WORKSHEET).

Date By Which Violation Must be Abated:                    July 01, 2022
Proposed Penalty:                                                        $2,051.00

For  *Joel Batiz*
**Timothy Minor**
Area Director

---

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 7                    OSHA-2

**U.S. Department of Labor**

Occupational Safety and Health Administration
8713 Airport Freeway
Suite 302
Fort Worth, TX 76180



# INVOICE /
# DEBT COLLECTION NOTICE

**Company Name: Quick Roofing, LLC.**
**Inspection Site: 3129 Elizabeth Lane, Copper Canyon, TX 75077**
**Issuance Date:**    06/02/2022

Summary of Penalties for Inspection Number:                1570827

| | |
|---|---|
| Citation 1 Item 1, Serious | $14,357.00 |
| Citation 2 Item 1, Other-than-Serious | $2,051.00 |

**TOTAL PROPOSED PENALTIES:**                                          **$16,408.00**

To avoid additional charges, please remit payment promptly to this Area Office for the total amount of the uncontested penalties summarized above. Make your check or money order payable to: "DOL-OSHA". Please indicate OSHA's Inspection Number (indicated above) on the remittance. You can also make your payment electronically at www.pay.gov. At the top of the pay.gov homepage, type "**OSHA**" in the Search field and select Search. From the **OSHA Penalty Payment Form** search result, select Continue. The direct link is: https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334. You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will cash the check or money order as if these restrictions or conditions do not exist.

If a personal check is issued, it will be converted into an electronic fund transfer (EFT). This means that our bank will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will then usually occur within 24 hours and will be shown on your regular account statement. You will not receive your original check back. The bank will destroy your original check, but will keep a copy of it. If the EFT cannot be completed because of insufficient funds or closed account, the bank will attempt to make the transfer up to two times.

Pursuant to the Debt Collection Act of 1982 (Public Law 97-365) and regulations of the U.S. Department of Labor (29 CFR Part 20), the Occupational Safety and Health Administration is required to assess interest, delinquent

charges, and administrative costs for the collection of delinquent penalty debts for violations of the Occupational Safety and Health Act.

**Interest**: Interest charges will be assessed at an annual rate determined by the Secretary of the Treasury on all penalty debt amounts not paid within one month (30 calendar days) of the date on which the debt amount becomes due and payable (penalty due date). The current interest rate is one percent (1%). Interest will accrue from the date on which the penalty amounts (as proposed or adjusted) become a final order of the Occupational Safety and Health Review Commission (that is, 15 working days from your receipt of the Citation and Notification of Penalty), unless you file a notice of contest. Interest charges will be waived if the full amount owed is paid within 30 calendar days of the final order.

**Delinquent Charges**: A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made. If the debt remains delinquent for more than 90 calendar days, a delinquent charge of six percent (6%) per annum will be assessed accruing from the date that the debt became delinquent.

**Administrative Costs**: Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts. These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt. Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.

For

_____       _____6.2.22_____

**Timothy Minor**                                                    Date

Area Director



**U.S. Department of Labor**   Occupational Safety and Health Administration
7935 East Prentice Avenue
Suite 209
Greenwood Village, CO 80111



06/03/2022

Quick Roofing LLC
and its successors
210 Fifth Street, Suit 200
Castle Rock, CO 80104

Dear Employer:

Enclosed you will find citations for violations of the Occupational Safety and Health Act of 1970 (the Act) which may have accompanying proposed penalties. Also enclosed is a booklet entitled, "Employer Rights and Responsibilities Following an OSHA Inspection", (OSHA 3000-04R) revised 2018, which explains your rights and responsibilities under the Act. If you have any questions about the enclosed citations and penalties, I would welcome further discussions in person or by telephone. Please contact me at (303) 843-4500.

You will note on page 6 of the booklet that, for violations which you do not contest, you must (1) notify this office promptly by letter that you have taken appropriate corrective action within the time set forth on the citation; and (2) pay any penalties assessed. Please inform me of the abatement steps you have taken and of their dates together with adequate supporting documentation; e.g., drawings or photographs of corrected conditions, purchase/work orders related to abatement actions, air sampling results. This information will allow us to close the case.

As indicated on page 3 of the booklet, you may request an informal conference with me during the 15-working-day notice of contest period. During such an informal conference you may present any evidence or views which you believe would support an adjustment to the citation or the penalty.

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of the citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete the attached notice at the bottom of this letter and post it next to the Citations as soon as the time, date and the place of the informal conference have been determined. Be sure to bring to the conference with you any and all supporting documentation of existing conditions as well as of any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.

Sincerely,

**Chad Vivian**
Area Director

Enclosures

**U.S. Department of Labor**
Occupational Safety and Health Administration
7935 East Prentice Avenue
Suite 209
Greenwood Village, CO 80111



---

# Citation and Notification of Penalty

---

**To:**
Quick Roofing LLC
and its successors
210 Fifth Street, Suit 200
Castle Rock, CO 80104

**Inspection Site:**
15857 Little Bluestem Rd
Monument, CO 80132

**Inspection Number:** 1592944
**Inspection Date(s):** 04/30/2022 - 04/30/2022
**Issuance Date:**     06/03/2022

*The violation(s) described in this Citation and Notification of Penalty is (are) alleged to have occurred on or about the day(s) the inspection was made unless otherwise indicated within the description given below.*

---

This Citation and Notification of Penalty (this Citation) describes violations of the Occupational Safety and Health Act of 1970. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 15 working days (excluding weekends and Federal holidays) from your receipt of this Citation and Notification of Penalty **you either call to schedule an informal conference (see paragraph below) or** you mail a notice of contest to the U.S. Department of Labor Area Office at the address shown above. Please refer to the enclosed booklet (OSHA 3000) which outlines your rights and responsibilities and which should be read in conjunction with this form. Issuance of this Citation does not constitute a finding that a violation of the Act has occurred unless there is a failure to contest as provided for in the Act or, if contested, unless this Citation is affirmed by the Review Commission or a court.

**Posting -** The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or, if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 3 working days (excluding weekends and Federal holidays), whichever is longer.

**Informal Conference -** An informal conference is not required. However, if you wish to have such a conference you may request one with the Area Director during the 15 working day contest period by calling (303) 843-4500. During such an informal conference, you may present any evidence or views which you believe would support an adjustment to the citation(s) and/or penalty(ies).

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of this Citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete, remove and post the Notice to Employees next to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have been determined. Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**Right to Contest** – You have the right to contest this Citation and Notification of Penalty. You may contest all citation items or only individual items. You may also contest proposed penalties and/or abatement dates without contesting the underlying violations. **Unless you inform the Area Director in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 15 working days after receipt, the citation(s) and the proposed penalty(ies) will become a final order of the Occupational Safety and Health Review Commission and may not be reviewed by any court or agency.**

**Penalty Payment** – Penalties are due within 15 working days of receipt of this notification unless contested. (See the enclosed booklet and the additional information provided related to the Debt Collection Act of 1982.) Make your check or money order payable to "DOL-OSHA". Please indicate the Inspection Number on the remittance. You can also make your payment electronically at www.pay.gov. At the top of the pay.gov homepage, type **"OSHA"** in the Search field and select Search. From **OSHA Penalty Payment Form** search result, select Continue. The direct link is:

https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334

You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will process the payments as if these restrictions or conditions do not exist.

**Notification of Corrective Action** – For each violation which you do not contest, you must provide *abatement certification* to the Area Director of the OSHA office issuing the citation and identified above. This abatement certification is to be provided by letter within 10 calendar days after each abatement date. Abatement certification includes the date and method of abatement. If the citation indicates that the violation was corrected during the inspection, no abatement certification is required for that item. The abatement certification letter must be posted at the location where the violation appeared and the corrective action took place or employees must otherwise be effectively informed about abatement activities. A sample abatement certification letter is enclosed with this Citation. In addition, where the citation indicates that *abatement documentation* is necessary, evidence of the purchase or repair of equipment, photographs or video, receipts, training records, etc., verifying that abatement has occurred is required to be provided to the Area Director.

**Employer Discrimination Unlawful** – The law prohibits discrimination by an employer against an

employee for filing a complaint or for exercising any rights under this Act. An employee who believes that he/she has been discriminated against may file a complaint no later than 30 days after the discrimination occurred with the U.S. Department of Labor Area Office at the address shown above.

**Employer Rights and Responsibilities** – The enclosed booklet (OSHA 3000) outlines additional employer rights and responsibilities and should be read in conjunction with this notification.

**Notice to Employees** – The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the U.S. Department of Labor Area Office at the address shown above and postmarked within 15 working days (excluding weekends and Federal holidays) of the receipt by the employer of this Citation and Notification of Penalty.

**Inspection Activity Data** – You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of the Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.

**U.S. Department of Labor**
Occupational Safety and Health Administration



# NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with OSHA to discuss the citation(s) issued on

06/03/2022. The conference will be held by telephone or at the OSHA office located at 7935

East Prentice Avenue, Suite 209, Greenwood Village, CO 80111 on _____ at

_____. Employees and/or representatives of employees have a right to attend an

informal conference.

# CERTIFICATION OF CORRECTIVE ACTION WORKSHEET

**Inspection Number: 1592944**

Company Name: Quick Roofing LLC
Inspection Site: 15857 Little Bluestem Rd, Monument, CO 80132
Issuance Date: 06/03/2022

List the specific method of correction for each item on this citation in this package that does not read "Corrected During Inspection" and return to: **U.S. Department of Labor – Occupational Safety and Health Administration, 7935 East Prentice Avenue, Suite 209, Greenwood Village, CO 80111.**

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

I certify that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement.

_____          _____
Signature                                 Date

_____          _____
Typed or Printed Name                     Title

**NOTE: 29 USC 666(g)** whoever knowingly makes any false statements, representation or certification in any application, record, plan or other documents filed or required to be maintained pursuant to the Act shall, upon conviction, be punished by a fine of not more than $10,000 or by imprisonment of not more than 6 months or both.

**POSTING:** A copy of completed Corrective Action Worksheet should be posted for employee review



## Citation and Notification of Penalty

**Company Name:** Quick Roofing LLC
**Inspection Site:** 15857 Little Bluestem Rd, Monument, CO 80132

---

<u>Citation 1 Item 1</u>     Type of Violation: **Serious**

29 CFR 1926.503(a)(1):The employer did not provide a training program for each employee potentially exposed to fall hazards to enable each employee to recognize the hazards of falling and the procedures to be followed in order to minimize these hazards:

a) 15857 Little Bluestem Rd, Monument CO 80132: On April 30, 2022, and at times prior, employees were exposed to fall hazards of 12 feet 9 inches to the ground below, while performing roofing operations on a residential house without fall protection. Employees were not adequately trained in the recognition of fall hazards and the means to control these hazards.

### ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM

Date By Which Violation Must be Abated:                June 17, 2022
Proposed Penalty:                                              $1,865.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                Page 6                OSHA-2



<u>**Citation and Notification of Penalty**</u>

**Company Name: Quick Roofing LLC**
**Inspection Site:** 15857 Little Bluestem Rd, Monument, CO 80132

---

<u>Citation 2 Item 1</u>    Type of Violation: **Repeat - Serious**

29 CFR 1926.501(b)(13):Each employee(s) engaged in residential construction activities 6 feet (1.8 m) or more above lower levels were not protected by guardrail systems, safety net system, or personal fall arrest system, nor were employee(s) provided with an alternative fall protection measure under another provision of paragraph 1926.501 (b):

a) 15857 Little Bluestem Rd, Monument CO 80132: On April 30, 2022, and at times prior, employees were exposed to fall hazards of 12 feet 9 inches to the ground below, while performing roofing operations on a residential house without fall protection.

Quick Roofing LLC was previously cited for a violation of this occupational safety and health standard or its equivalent standard 1926.501(b)(13), which was contained in OSHA inspection number 1533704, citation number 1, item number 2 and was affirmed as a final order on 07/02/21, with respect to a workplace located at 6903 Maidford Dr, Colorado Springs, CO 80925.

### ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM

Date By Which Violation Must be Abated:                          June 17, 2022
Proposed Penalty:                                                    $8,701.00

Chad Vivian
Area Director

---

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                Page 7                OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration
7935 East Prentice Avenue
Suite 209
Greenwood Village, CO 80111



# INVOICE /
# DEBT COLLECTION NOTICE

**Company Name: Quick Roofing LLC**
**Inspection Site: 15857 Little Bluestem Rd, Monument, CO 80132**
**Issuance Date:    06/03/2022**

Summary of Penalties for Inspection Number:          1592944

| | |
|---|---|
| Citation 1 Item 1, Serious | $1,865.00 |
| Citation 2 Item 1, Repeat - Serious | $8,701.00 |

**TOTAL PROPOSED PENALTIES:**                                            **$10,566.00**

To avoid additional charges, please remit payment promptly to this Area Office for the total amount of the uncontested penalties summarized above. Make your check or money order payable to: "DOL-OSHA". Please indicate OSHA's Inspection Number (indicated above) on the remittance. You can also make your payment electronically at www.pay.gov. At the top of the pay.gov homepage, type **"OSHA"** in the Search field and select Search. From the **OSHA Penalty Payment Form** search result, select Continue. The direct link is: https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334. You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will cash the check or money order as if these restrictions or conditions do not exist.

If a personal check is issued, it will be converted into an electronic fund transfer (EFT). This means that our bank will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will then usually occur within 24 hours and will be shown on your regular account statement. You will not receive your original check back. The bank will destroy your original check, but will keep a copy of it. If the EFT cannot be completed because of insufficient funds or closed account, the bank will

attempt to make the transfer up to two times.

Pursuant to the Debt Collection Act of 1982 (Public Law 97-365) and regulations of the U.S. Department of Labor (29 CFR Part 20), the Occupational Safety and Health Administration is required to assess interest, delinquent charges, and administrative costs for the collection of delinquent penalty debts for violations of the Occupational Safety and Health Act.

**Interest**: Interest charges will be assessed at an annual rate determined by the Secretary of the Treasury on all penalty debt amounts not paid within one month (30 calendar days) of the date on which the debt amount becomes due and payable (penalty due date). The current interest rate is one percent (1%). Interest will accrue from the date on which the penalty amounts (as proposed or adjusted) become a final order of the Occupational Safety and Health Review Commission (that is, 15 working days from your receipt of the Citation and Notification of Penalty), unless you file a notice of contest. Interest charges will be waived if the full amount owed is paid within 30 calendar days of the final order.

**Delinquent Charges**: A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made. If the debt remains delinquent for more than 90 calendar days, a delinquent charge of six percent (6%) per annum will be assessed accruing from the date that the debt became delinquent.

**Administrative Costs**: Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts. These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt. Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.

_____        _6/3/22_____

**Chad Vivian**                                         Date
Area Director



Occupational Safety and Health Administration
7935 East Prentice Avenue
Suite 209
Greenwood Village, CO 80111



10/03/2022


Quick Roofing LLC
and its successors
925 E. KENNEDALE PARKWAY
Kennedale, TX 76060


Dear Employer:


Enclosed you will find citations for violations of the Occupational Safety and Health Act of 1970 (the Act) which may have accompanying proposed penalties. Also enclosed is a booklet entitled, "Employer Rights and Responsibilities Following an OSHA Inspection", (OSHA 3000-04R) revised 2018, which explains your rights and responsibilities under the Act. If you have any questions about the enclosed citations and penalties, I would welcome further discussions in person or by telephone. Please contact me at (303) 843-4500.


You will note on page 6 of the booklet that, for violations which you do not contest, you must (1) notify this office promptly by letter that you have taken appropriate corrective action within the time set forth on the citation; and (2) pay any penalties assessed. Please inform me of the abatement steps you have taken and of their dates together with adequate supporting documentation; e.g., drawings or photographs of corrected conditions, purchase/work orders related to abatement actions, air sampling results. This information will allow us to close the case.


As indicated on page 3 of the booklet, you may request an informal conference with me during the 15-working-day notice of contest period. During such an informal conference you may present any evidence or views which you believe would support an adjustment to the citation or the penalty.


If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of the citation. The running of this contest period is not interrupted by an informal conference.


If you decide to request an informal conference, please complete the attached notice at the bottom of this letter and post it next to the Citations as soon as the time, date and the place of the informal conference have been determined. Be sure to bring to the conference with you any and all supporting documentation of existing conditions as well as of any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.

Sincerely,

**Chad Vivian**
Area Director

Enclosures

**U.S. Department of Labor**

Occupational Safety and Health Administration
7935 East Prentice Avenue
Suite 209
Greenwood Village, CO 80111



---

## Citation and Notification of Penalty

---

**To**:
Quick Roofing LLC
and its successors
925 E. KENNEDALE PARKWAY
Kennedale, TX 76060

**Inspection Site:**
17412 Hop Clover Ave.
Parker, CO 80134

**Inspection Number**: 1606276
**Inspection Date(s)**: 07/02/2022 - 07/02/2022
**Issuance Date**:     10/03/2022

*The violation(s) described in this Citation and Notification of Penalty is (are) alleged to have occurred on or about the day(s) the inspection was made unless otherwise indicated within the description given below.*

---

This Citation and Notification of Penalty (this Citation) describes violations of the Occupational Safety and Health Act of 1970. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 15 working days (excluding weekends and Federal holidays) from your receipt of this Citation and Notification of Penalty **you either call to schedule an informal conference (see paragraph below) or** you mail a notice of contest to the U.S. Department of Labor Area Office at the address shown above. Please refer to the enclosed booklet (OSHA 3000) which outlines your rights and responsibilities and which should be read in conjunction with this form. Issuance of this Citation does not constitute a finding that a violation of the Act has occurred unless there is a failure to contest as provided for in the Act or, if contested, unless this Citation is affirmed by the Review Commission or a court.

**Posting -** The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or, if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 3 working days (excluding weekends and Federal holidays), whichever is longer.

**Informal Conference -** An informal conference is not required. However, if you wish to have such a conference you may request one with the Area Director during the 15 working day contest period by calling (303) 843-4500. During such an informal conference, you may present any evidence or views which you believe would support an adjustment to the citation(s) and/or penalty(ies).

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of this Citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete, remove and post the Notice to Employees next to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have been determined. Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**Right to Contest –** You have the right to contest this Citation and Notification of Penalty. You may contest all citation items or only individual items. You may also contest proposed penalties and/or abatement dates without contesting the underlying violations. **<u>Unless you inform the Area Director in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 15 working days after receipt, the citation(s) and the proposed penalty(ies) will become a final order of the Occupational Safety and Health Review Commission and may not be reviewed by any court or agency.</u>**

**Penalty Payment –** Penalties are due within 15 working days of receipt of this notification unless contested. (See the enclosed booklet and the additional information provided related to the Debt Collection Act of 1982.) Make your check or money order payable to "DOL-OSHA". Please indicate the Inspection Number on the remittance. You can also make your payment electronically at www.pay.gov. At the top of the pay.gov homepage, type **"OSHA"** in the Search field and select Search. From **OSHA Penalty Payment Form** search result, select Continue. The direct link is:

https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334

You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will process the payments as if these restrictions or conditions do not exist.

**Notification of Corrective Action –** For each violation which you do not contest, you must provide *abatement certification* to the Area Director of the OSHA office issuing the citation and identified above. This abatement certification is to be provided by letter within 10 calendar days after each abatement date. Abatement certification includes the date and method of abatement. If the citation indicates that the violation was corrected during the inspection, no abatement certification is required for that item. The abatement certification letter must be posted at the location where the violation appeared and the corrective action took place or employees must otherwise be effectively informed about abatement activities. A sample abatement certification letter is enclosed with this Citation. In addition, where the citation indicates that *abatement documentation* is necessary, evidence of the purchase or repair of equipment, photographs or video, receipts, training records, etc., verifying that abatement has occurred is required to be provided to the Area Director.

**Employer Discrimination Unlawful** – The law prohibits discrimination by an employer against an employee for filing a complaint or for exercising any rights under this Act. An employee who believes that he/she has been discriminated against may file a complaint no later than 30 days after the discrimination occurred with the U.S. Department of Labor Area Office at the address shown above.

**Employer Rights and Responsibilities** – The enclosed booklet (OSHA 3000) outlines additional employer rights and responsibilities and should be read in conjunction with this notification.

**Notice to Employees** – The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the U.S. Department of Labor Area Office at the address shown above and postmarked within 15 working days (excluding weekends and Federal holidays) of the receipt by the employer of this Citation and Notification of Penalty.

**Inspection Activity Data** – You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of the Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.



# NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with OSHA to discuss the citation(s) issued on

10/03/2022. The conference will be held by telephone or at the OSHA office located at 7935

East Prentice Avenue, Suite 209, Greenwood Village, CO 80111 on _____ at

_____. Employees and/or representatives of employees have a right to attend an

informal conference.

# CERTIFICATION OF CORRECTIVE ACTION WORKSHEET

**Inspection Number: 1606276**

Company Name: Quick Roofing LLC
Inspection Site: 17412 Hop Clover Ave., Parker, CO 80134
Issuance Date: 10/03/2022

List the specific method of correction for each item on this citation in this package that does not read "Corrected During Inspection" and return to: **U.S. Department of Labor – Occupational Safety and Health Administration, 7935 East Prentice Avenue, Suite 209, Greenwood Village, CO 80111.**

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

I certify that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement.

_____          _____
Signature                                Date

_____          _____
Typed or Printed Name                    Title

**NOTE: 29 USC 666(g)** whoever knowingly makes any false statements, representation or certification in any application, record, plan or other documents filed or required to be maintained pursuant to the Act shall, upon conviction, be punished by a fine of not more than $10,000 or by imprisonment of not more than 6 months or both.

**POSTING:** A copy of completed Corrective Action Worksheet should be posted for employee review



**Citation and Notification of Penalty**

**Company Name: Quick Roofing LLC**
**Inspection Site:** 17412 Hop Clover Ave., Parker, CO 80134

---

<u>Citation 1 Item 1</u>     Type of Violation: **Serious**

29 CFR 1926.20(b)(2): The employer did not initiate and maintain programs which provided for frequent and regular inspections of the job site, materials and equipment to be made by a competent person(s):

(a) On or about July 2, 2022 Quick Roofing, LLC., as the controlling employer, did not maintain an effective program to include frequent and regular inspections made by a competent person of the job site, materials, and equipment. Employees of Raymundo Esquivel Lopez, a subcontractor, were exposed to fall hazards greater than 22 feet while conducting roofing activities on a residential building without the benefit of fall protection systems.

Abatement Note: Abatement certification and documentation are required for this item (see enclosed "Certification of Corrective Action Worksheet").

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                               October 28, 2022
Proposed Penalty:                                                                  $14,357.00

_____
**Chad Vivian**
Area Director

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                     Page 6                          OSHA-2

**U.S. Department of Labor**

Occupational Safety and Health Administration
7935 East Prentice Avenue
Suite 209
Greenwood Village, CO 80111



# INVOICE /
# DEBT COLLECTION NOTICE

**Company Name: Quick Roofing LLC**
**Inspection Site: 17412 Hop Clover Ave., Parker, CO 80134**
**Issuance Date:**　10/03/2022

Summary of Penalties for Inspection Number:　　1606276

Citation 1 Item 1, Serious　　　　　　　　　　　　　　　$14,357.00

**TOTAL PROPOSED PENALTIES:**　　　　　　　　　　　　**$14,357.00**

To avoid additional charges, please remit payment promptly to this Area Office for the total amount of the uncontested penalties summarized above. Make your check or money order payable to: "DOL-OSHA". Please indicate OSHA's Inspection Number (indicated above) on the remittance. You can also make your payment electronically at www.pay.gov. At the top of the pay.gov homepage, type "**OSHA**" in the Search field and select Search. From the **OSHA Penalty Payment Form** search result, select Continue. The direct link is: https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334. You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will cash the check or money order as if these restrictions or conditions do not exist.

If a personal check is issued, it will be converted into an electronic fund transfer (EFT). This means that our bank will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will then usually occur within 24 hours and will be shown on your regular account statement. You will not receive your original check back. The bank will destroy your original check, but will keep a copy of it. If the EFT cannot be completed because of insufficient funds or closed account, the bank will attempt to make the transfer up to two times.

Pursuant to the Debt Collection Act of 1982 (Public Law 97-365) and regulations of the U.S. Department of Labor (29 CFR Part 20), the Occupational Safety and Health Administration is required to assess interest, delinquent

charges, and administrative costs for the collection of delinquent penalty debts for violations of the Occupational Safety and Health Act.

**Interest**: Interest charges will be assessed at an annual rate determined by the Secretary of the Treasury on all penalty debt amounts not paid within one month (30 calendar days) of the date on which the debt amount becomes due and payable (penalty due date). The current interest rate is one percent (1%). Interest will accrue from the date on which the penalty amounts (as proposed or adjusted) become a final order of the Occupational Safety and Health Review Commission (that is, 15 working days from your receipt of the Citation and Notification of Penalty), unless you file a notice of contest. Interest charges will be waived if the full amount owed is paid within 30 calendar days of the final order.

**Delinquent Charges**: A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made. If the debt remains delinquent for more than 90 calendar days, a delinquent charge of six percent (6%) per annum will be assessed accruing from the date that the debt became delinquent.

**Administrative Costs**: Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts. These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt. Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.

October 3, 2022

**Chad Vivian**
Area Director

Date



Exhibit E

| | | |
|---|---|---|
| SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) | **Honorable Patrick Augustine** |
| Complainant, | ) ) ) | OSHRC Docket Nos.: 22-0364, 22-0365, 22-0371, 22-0689, 22-0690, 22-0691, 22-0768, 22-0769, 22-1203 (Consolidated) |
| v. | ) ) | |
| QUICK ROOFING, LLC, and its Successors, | ) ) ) | |
| Respondent. | ) ) | |

## SETTLEMENT AGREEMENT

Complainant, Secretary of Labor, United States Department of Labor ("Complainant"), and Respondent, Quick Roofing, LLC. ("Respondent") enter into the following settlement agreement.

This settlement agreement specifies the terms of settlement for each contested item and disposes of all issues in the case. Respondent accepts the modified citations and penalties as set forth more fully in the table, below.

| Citation No. | Item No. | Amendment | Penalty Amount |
|---|---|---|---|
| Docket No. 22-0364 — OSHA Inspection No. 1566396 | | | |
| 1 | 1 | No Change | $27,949.00 |
| Docket No. 22-0365 — OSHA Inspection No. 1566398 | | | |
| 1 | 1 | Delete | -0- |
| Docket No. 22-0371 — OSHA Inspection No. 1566401 | | | |
| 1 | 1 | Delete | -0- |

| | | **Docket No. 22-0689**<br>**OSHA Inspection No. 1570827** | |
|---|---|---|---|
| 1 | 1 | Delete | -0- |
| 2 | 1 | No Change | $2,051.00 |
| | | **Docket No. 22-0690**<br>**OSHA Inspection No. 1575342** | |
| 1 | 1 | Delete | -0- |
| | | **Docket No. 22-0691**<br>**OSHA Inspection No. 1595320** | |
| 1 | 1 | Delete | -0- |
| | | **Subtotal for Texas Dockets: $30,000.00** | |
| | | **Docket No. 22-0768**<br>**OSHA Inspection No. 1592944** | |
| 1 | 1 | Delete | -0- |
| 2 | 1 | Redesignate as Citation 1, Item 1 and Modify from Repeat to Serious, as Follows:<br><br>Citation 1, Item 1<br>Type of Violation: Serious<br><br>29 CFR 1926.501(b)(13): Each employee(s) engaged in residential construction activities 6 feet (1.8 m) or more above lower levels were not protected by guardrail systems, safety net system, or personal fall arrest system, nor were employee(s) provided with an alternative fall protection measure under another provision of paragraph 1926.501(b).<br><br>a) 15857 Little Bluestem Rd, Monument CO 80132: On April 30, 2022, and at times prior, employees were exposed to fall hazards of 12 feet 9 inches to the ground below while performing roofing operations on a residential house without fall protection.<br><br>b) 15930 Little Bluestem Rd, Monument CO 80132: On April 9, 2022, and at times prior, employees were exposed to fall hazards of 11 feet 10 inches to the ground below while performing roofing operations on a residential house without fall protection. | $14,357 |

| | | | |
|---|---|---|---|
| **Docket No. 22-0769** **OSHA Inspection No. 1588736** | | | |
| 1 | 1 | Delete | -0- |
| 2 | 1 | Delete | -0- |
| **Docket No. 22-1203** **OSHA Inspection No. 1606276** | | | |
| 1 | 1 | No Change | $14,357.00 |
| **Subtotal for Colorado Dockets: $28,714.00** | | | |
| **Total Combined Penalties: $58,714.00** | | | |

1.      Respondent has agreed to pay the total assessed penalties of $58,714.00 to the Occupational Safety and Health Administration, within 30 days of the execution of this settlement agreement by all parties.  Respondent shall tender payments through www.pay.gov or by check or money order made payable to **"DOL-OSHA."** Amended penalties of $28,714.00 for Docket Nos. 22-0768, 22-0769, and 22-1203 (Colorado Dockets) shall be sent to Chad Vivian, Area Director, Occupational Safety and Health Administration, 7935 East Prentice Avenue, Suite 209, Englewood, Colorado 80111-2714. Amended penalties of $30,000.00 for Docket Nos. 22-0364, 22-0365, 22-0371, 22-0689 and 22-0690 (Texas Dockets) shall be sent to Timothy Minor, Ft. Worth Area Office, Occupational Safety and Health Administration, North Star II, Suite 302, 8713 Airport Freeway, Fort Worth, Texas 76180-7610.  Payment shall be considered "made," as that term is used in this paragraph, on the date the payment is placed in the U.S. Mail, postage prepaid, or is sent by overnight delivery service.  In the event of default of any of the payments, the total remaining balance shall be come due and payable and interested shall be assessed against such remaining unpaid balance at the rate provided by 28 U.S.C. § 1961 from the date of default until the total amount is paid in full.

2.      Respondent hereby withdraws its Notice of Contest to the Citations and to the Notifications of Proposed Penalties in these matters.  In support of its withdrawal, Respondent states:

(a)      Respondent will comply with all applicable abatement verification provisions of 29 C.F.R. § 1903.19, including but not limited to, all certification, documentation, and posting requirements. Abatement certification for any remaining abatement items not already set forth in this Agreement shall be accomplished by either the date called for herein OR within 10 calendar days after the abatement dates set forth in Section 3 below by mailing letters to Chad Vivian, Area Director, Englewood Area Office and Timothy Minor, Ft. Worth Area Office of the Occupational Safety and Health Administration, stating that abatement has been completed, the date and method of abatement, and that affected employees and their representatives have been informed of the abatement. Any required abatement documentation shall be submitted along with the abatement certification.

(b)      That affected employees are not represented by an authorized employee representative, and, therefore, a copy of this Stipulation and Settlement Agreement will be posted at Respondent's workplaces at 210 Fifth Street Castle Rock Colorado and 925 E. Kennedale Pwky Kennedale, Texas 76060, respectively on or before November 19, 2022, where it may be viewed by its employees.  The Agreement will remain posted until it becomes a final order of the Commission.

3.      With respect to abatement terms and certification, the parties agree as follows:

(a)      Respondent has retained a full-time safety director, at the corporate level, who has, at a minimum, training and expertise in the fields of residential construction, ladders, personal protective equipment (PPE), fall protection systems, and fall protection programs, policies, and

procedures for workers engaged in work activities at Respondent's worksites. Respondent's safety director is currently Sally Curran, who has completed OSHA 30-hour safety training. In the event the designated safety director leaves his or her position, Quick Roofing will make all reasonable and diligent efforts to fill the position as expeditiously as possible and shall continue to ensure that its obligations under this Settlement Agreement with respect to inspections continue without interruption.

(b)     Respondent will continue to conduct regular safety inspections of worksites or subcontractor crews/personnel to ensure compliance with company policies and procedures. The inspections shall be conducted at a frequency commensurate with the anticipated risk inherent in the job to be performed, but at a minimum, Respondent will conduct these safety inspections twice per month (if the subcontractor crew to be inspected has at least two jobs during that month for Respondent, and if not, then at least once for each month the subcontractor performs work for Respondent) and, if appropriate, may include weekend inspections of subcontractor personnel. If a particular subcontractor demonstrates a history of noncompliance, Respondent will utilize the progressive discipline system outlined in (d) below or as set forth in Respondent's health and safety program.

(c)     As far as practicable, Respondent will document the results of safety inspections including, at a minimum, the identity of the subcontractor and/or independent contractor, the date and location of the inspection, and video or photographic evidence of site conditions. If non-compliance items are detected during the inspection, Respondent will fully document the circumstances of the non-compliant conditions and implement appropriate disciplinary action as outlined in its safety and health program and/or contractual documents with subcontractors. The

above referenced documentation will be maintained for the length of the project, but no less than 6 months.

(d)     No later than December 31, 2022, Respondent will ensure that its safety and health program incorporates specific safety responsibilities and expectations for subcontractor personnel, if it does not already.  Specifically, Respondent's safety and health program will state that contracts between Respondent and subcontractors should include the following:  (i) Subcontractor is responsible for all safety related to, or arising out of the performance, of any work and will carefully check all equipment, tools, ladders, scaffolding and other materials, products and items used, or to be used, by the subcontractor and/or its employees, including subcontractors to the subcontractor.  Subcontractors shall comply with all safety and health laws, including but not limited to the requirements of the Occupational Safety and Health Act of 1970.  Information and/or training shall be provided to subcontractors in a language and at literacy levels understood by the workforce; and (ii) Respondent will exercise progressive discipline, including but not limited to, verbal warnings, written warnings, required employee retraining, employee removal from the worksite and other contract ramifications against subcontractors found not in compliance with Respondent's safety and health policies and/or OSHA regulations.

(e)     No later than December 31, 2022, Respondent shall ensure that any person conducting the inspections called for herein has been trained on the recognition and avoidance of hazards in the construction industry and has completed with either OSHA 10-hour training or annual training administered by Respondent's safety director.  On or before January 15, 2023, Respondent will provide OSHA's Englewood Area Office and Ft. Worth Area Office with the identities and titles of those individuals who have received training, and the date in which training was provided.

(f)     Respondent will develop and implement a corporate-wide policy outlining the manner in which Quick Roofing will interact with the Occupational Safety and Health Administration ("OSHA") during inspection activities.  The policy will address, at a minimum, the following requirements: (i) Quick Roofing employees will, and will advise subcontractor personnel to as well, interact with OSHA officials during the inspection process and provide requested documentation in a timely manner; and (ii) Quick will attempt to require that its subcontractors notify Quick Roofing of any OSHA inspection activities within 24-hours of OSHA being on-site. The policy will be communicated and distributed to subcontractor personnel at language and literacy levels understood by the workforce.

(g)     No later than December 31, 2022, Respondent will identify by name, title and contact information "points of contact" in Texas and Colorado responsible for coordinating OSHA inspection activities.

4.     The parties agree that the specific abatement measures set forth in paragraph 3(a)-(g) of this Agreement shall be considered required abatement of the cited conditions and that the failure to perform any measures as required in the Agreement may be cited as a failure to abate under Section 10(b) of the Occupational Safety and Health Act of 1970, 29 U.S.C. § 659(b), to the same extent as if these abatements measures had been set forth from the outset in the Citations issued in this matter.

5.     Respondent agrees that the terms of this Agreement shall be enforceable under section 11(b) of the Occupational Safety and Health Act.  Respondent agrees that it will not oppose the entry of such an order enforcing this Agreement and the final, amended citations by the U.S. Court of Appeals to which the Secretary of Labor presents this Agreement and supporting documents.

6.    Subject to paragraph 3(a)-(g), Respondent states that the specific conditions described in the foregoing citations have been abated.

7.    Respondent promises to permit Complainant access to the workplaces at issue herein subsequent to the dates fixed for abatement for the specific and limited purpose of determining if the conditions described in the foregoing amended citations have been corrected.

8.    This Agreement shall become a final order of the Commission on the same date that the Order Terminating Proceeding becomes a final order, as set forth in the Notice of Docketing to be issued by the Executive Secretary of the Commission.

9.    Neither this settlement agreement nor Respondent's consent to entry of a final order by the Commission pursuant to this agreement constitutes any admission by Respondent of violation of the Occupational Safety and Health Act or regulations or standards promulgated thereunder.  Neither this settlement agreement nor any order of the Commission entered pursuant to this settlement agreement shall be offered, used or admitted in evidence in any proceeding or litigation, whether civil or criminal, except for proceedings and matters brought by the United States Government.  Respondent is entering into this settlement agreement without any prejudice to its rights to raise any defense or argument in any future or pending cases before this Commission.  Respondent retains the right to assert in any subsequent action or proceeding that any future existing conditions identical or similar to those alleged in the original citations, the citations as amended or the complaint do not violate the Occupational Safety and Health Act or any standard promulgated thereunder.  By entering into this Agreement Respondent does not admit the truth of any alleged facts, any of the characterizations of Respondent's alleged conduct, or any of the conclusions set forth in the citations or amended citations issued in this matter.

10.     Respondent will continue its good-faith efforts to comply with the Occupational Safety and Health Act.

11.     Each party agrees to pay its own attorney's fees, costs, and other expenses incurred by such party in connection with any stage of the above-referenced proceedings including, but not limited to, attorney's fees which may be available under the Equal Access to Justice Act, as amended.

Dated:  November 16, 2022


QUICK ROOFING, LLC
By Counsel

*/s/ Hastings Hanshaw*
HASTINGS HANSHAW

Hastings Hanshaw
Trey Volentine
Hanshaw Kennedy, LLP
1415 Legacy Drive, Suite 350
Frisco, Texas 75034
tel: (972) 731-6500
fax: (972) 731-6555
tv@hanshawkennedy.com
hlh@hanshawkennedy.com

ATTORNEYS FOR RESPONDENT

SEEMA NANDA
Solicitor of Labor

JOHN RAINWATER
Regional Solicitor

LYDIA TZAGOLOFF
Associate Regional Solicitor

LINDSAY WOFFORD
OSHA Counsel

KAREN BOBELA
OSHA Counsel

FELIX MARQUEZ
Senior Trial Attorney

*/s/ Jennifer A. Casey*
JENNIFER A. CASEY
Senior Trial Attorney

U. S. Department of Labor
Office of the Solicitor
525 Griffin Street, Suite 501
Dallas, Texas  75202
 ph:  (972) 850-3156
 fax:   (972) 850-3101
marquez.felix.r@dol.gov
docket.dallas@dol.gov

U.S. Department of Labor
Office of the Solicitor
1244 Speer Boulevard, Suite 515
Denver, CO  80204-3516
  ph. 303-844-1756
  fax 303-844-1753
  casey.jennifer@dol.gov

ATTORNEYS FOR COMPLAINANT

## CERTIFICATE OF SERVICE

I further certify that on November 16, 2022, a true and correct copy of the foregoing Settlement Agreement was sent via electronic email addressed to:

Trey Volentine
Hanshaw Kennedy, LLP
1415 Legacy Drive, Suite 350
Frisco, Texas 75034
tel: (972) 731-6500
fax: (972) 731-6555
tv@hanshawkennedy.com
hlh@hanshawkennedy.com

_/s/ Jennifer A. Casey_
Senior Trial Attorney
Office of the Solicitor
U.S. DEPARTMENT OF LABOR


Exhibit F



United States of America
**OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION**
721 19th Street, Room 407
Denver, Colorado 80202-2517

Phone: (303) 844-2882                                    Fax: (303) 844-3759

## Notice of Order and Report

In Reference To:

**Secretary of Labor v. QUICK ROOFING LLC**

**OSHRC Docket Nos.: 22-0364, 22-0365, 22-0371, 22-0689, 22-0690, 22-0691, 22-0768, 22-0769 & 22-1203 (Consolidated)**

1.      *Judge's report.*  The enclosed Order Terminating Proceeding acknowledges that the parties have resolved certain contested citation items and proposed penalties and agreed to terminate the proceeding before the Commission in whole (or in part) by filing a Notification of Settlement (or a Notification of Partial Settlement) pursuant to Commission Rule 100, 29 C.F.R. § 2200.100.[1]  The Order Terminating Proceeding, together with all other items comprising the record, shall be sent promptly to the Commission's Executive Secretary for docketing, and shall constitute the report of this Administrative Law Judge pursuant to section 12(j) of the Occupational Safety and Health Act of 1970 (the Act), 29 U.S.C. § 661(j).

2.      *Commission final order.*  The Order Terminating Proceeding shall become a final order of the Commission thirty (30) days from the date of its docketing by the Executive Secretary, unless review thereof is directed by a Commission member within that time.  *See* section 12(j) of the Act; Commission Rule 90(f), 29 C.F.R. § 2200.90(f).

3.      *Correction of errors in the Judge's report.*  Requests to correct clerical errors arising through oversight or inadvertence in the Order Terminating Proceeding or in other parts of the Judge's report shall be filed, by motion, with the undersigned Judge, pursuant to Commission Rule 90(b)(4)(i), 29 C.F.R. § 2200.90(b)(4)(i).  Motions shall conform to Commission Rule 40, 29 C.F.R. § 2200.40.

4.      *Filing with Executive Secretary.*  Except for motions filed to correct errors in the Judge's report, discussed in paragraph 3 above, on or after the date that the Executive Secretary dockets the Judge's report all items, including motions, shall be filed with the Executive Secretary at the address noted below.  *See* Commission Rule 90(d), 29 C.F.R. § 2200.90(d).

---

[1] OSHRC's new Rules of Procedure were effective June 10, 2019 and all references contained herein refer to these revised Rules.  Rules of Procedure, 84 Fed. Reg. 14554 (April 10, 2019) (to be codified at 29 C.F.R. pt. 2200). (https://www.federalregister.gov/documents/2019/04/10/2019-06581/rules-of-procedure).

**Executive Secretary**
**Occupational Safety and Health Review Commission**
**One Lafayette Centre**
**1120 20th Street NW, Suite 980**
**Washington, D.C. 20036-3457**

/s/ Patrick B. Augustine

**Patrick B. Augustine**
**Judge, OSHRC**

Dated: December 1, 2022
        Denver, CO



United States of America
**OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION**
U.S. CUSTOM HOUSE
721 19TH STREET, ROOM 407
DENVER, COLORADO 80202-2517

SECRETARY OF LABOR,
    Complainant,

      v.

QUICK ROOFING LLC,
    Respondent.

OSHRC Docket Nos.: 22-0364, 22-0365,
22-0371, 22-0689, 22-0690, 22-0691,
22-0768, 22-0769 & 22-1203 (Consolidated)

## ORDER TERMINATING PROCEEDING

    The parties have filed a Joint Notification of Settlement acknowledging the parties have resolved all contested citation items and agreed to terminate the proceeding before the Commission.

    IT IS ORDERED this proceeding is TERMINATED pursuant to Commission Rule 100(b)(3); 100(c), 29 C.F.R. § 2200.100(c).

    This Order Terminating Proceeding shall become a final Order of the Commission thirty (30) days from the date of its docketing by the Executive Secretary, unless a Commission Member directs review of the order within that time. *See* 29 U.S.C. § 661(j); Commission Rule 90(f), 29 C.F.R. § 2200.90(f).

    SO ORDERED.

/s/ *Patrick B. Augustine*

Dated: **December 1, 2022**

**Patrick B. Augustine**
**Judge, OSHRC**

## CERTIFICATE OF SERVICE

This is to certify that a copy of the Order Terminating Proceedings was sent electronically to the parties listed below on: December 1, 2022

***For the Complainant***

Jennifer A. Casey, Esq.
U.S. Departement of Labor
Office of the Solicitor
1244 Speer Blvd., Suite 515
Denver, Colorado 80204

Felix R. Marquez, Esq.
U.S. Department of Labor
Office of the Solicitor
525 S. Griffin Street, Suite 501
Dallas, Texas 75202

***For the Respondent***

Hastings L. Hanshaw, Esq
Trey Volentine, Esq.
Hanshaw Kennedy, LLP
1415 Legacy Drive, Suite 350
Frisco, Texas 75034

/s/ *Elaine P. Nicholas*

**Dated: December 1, 2022**

Elaine P. Nicholas,
Legal Assistant
Judge Patrick B. Augustine
U.S. Custom House
OSHRC
721 19th Street, Suite 407
Denver, Colorado 80202
(303) 844-0418
(303) 844-3759 – FAX

Exhibit G

United States of America
## OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION
### 1120 20th Street, N.W., Ninth Floor
### Washington, DC 20036-3457

Phone: (202) 606-5400
Fax: (202) 606-5050

Secretary of Labor,

Complainant,

v.

Quick Roofing LLC,

Respondent.

Region: 6

OSHRC Docket No. 22-0364
Consolidated Dockets: 22-0365, 22-0371, 22-0689, 22-0690, 22-0691, 22-0768, 22-0769, 22-1203

OSHA Inspection No. 1566396,1566398, 1566401, 1570827, 1575342, 1595320, 1592944, 1588736, 1606276

### Notice of Docketing of Administrative Law Judge's Decision

The Administrative Law Judge's Report in the above referenced case was docketed with the Commission on 12/08/2022. The decision of the Judge will become a final order of the Commission on 01/09/2023 unless a Commission member directs review of the decision on or before that date.

Any party desiring review of the Judge's decision by the Commission must file a petition for discretionary review. Any such petition must be received by the Executive Secretary on or before 12/28/2022 in order to permit sufficient time for its review. See Commission Rule 91, 29 C.F.R. 2200.91. All further pleadings or communications regarding this case shall be addressed to the Executive Secretary with a copy to the DOL Solicitor at the address below.

**Executive Secretary**
**Occupational Safety and Health Review Commission**
**1120 20th St., N.W., Suite 980**
**Washington, D.C. 20036-3419**

**Louise M. Betts, Counsel for Appellate Litigation**
**Heather R. Phillips, Counsel for Appellate Litigation**
**Office of the Solicitor, U.S. DOL**
**Room S4004**
**200 Constitution Avenue, N.W.**
**Washington, D.C. 20210**

If directed for Review by the Commission, then the Counsel for Appellate Litigation will represent the Department of Labor. If you have questions, please contact the Executive Secretary's Office at (202) 606-5400.

John X. Cerveny
Executive Secretary

/s/
Kevin Rivera, Legal Clerk

Date: 12/08/2022

This notice has been sent to:

John Rainwater, Regional Solicitor
Office of the Solicitor, U.S. DOL
525 S. Griffin Street, Suite 501
Dallas, Texas 75202-5020
Attn: Felix R. Marquez, Esq.
Email: marquez.felix.r@dol.gov

Jennifer Anne Casey, Esq.
U.S. Department of Labor, Office of the Solicitor
1244 Speer Blvd., Suite 515, P.O. Box 3516
Denver, Colorado 80204-3516
Email: Casey.jennifer@dol.gov


Trey Volentine, Esq.
Hastings L. Hanshaw, Esq.
Hanshaw Kennedy, LLP
1415 Legacy Drive, Suite 350
Frisco, Texas 75034
Email: tv@hanshawkennedy.com
Email: hlh@hanshawkennedy.com

Exhibit H

**U.S. Department of Labor**  Occupational Safety and Health Administration
7935 East Prentice Avenue
Suite 209
Greenwood Village, CO 80111



09/21/2023


Quick Roofing LLC
and its successors
925 E. KENNEDALE PARKWAY
Kennedale, TX 76060


Dear Employer:


Enclosed you will find citations for violations of the Occupational Safety and Health Act of 1970 (the Act) which may have accompanying proposed penalties. Also enclosed is a booklet entitled, "Employer Rights and Responsibilities Following an OSHA Inspection", (OSHA 3000-04R) revised 2018, which explains your rights and responsibilities under the Act. If you have any questions about the enclosed citations and penalties, I would welcome further discussions in person or by telephone. Please contact me at (303) 843-4500.


You will note on page 6 of the booklet that, for violations which you do not contest, you must (1) notify this office promptly by letter that you have taken appropriate corrective action within the time set forth on the citation; and (2) pay any penalties assessed. Please inform me of the abatement steps you have taken and of their dates together with adequate supporting documentation; e.g., drawings or photographs of corrected conditions, purchase/work orders related to abatement actions, air sampling results. This information will allow us to close the case.


As indicated on page 3 of the booklet, you may request an informal conference with me during the 15-working-day notice of contest period. During such an informal conference you may present any evidence or views which you believe would support an adjustment to the citation or the penalty.


If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of the citation. The running of this contest period is not interrupted by an informal conference.


If you decide to request an informal conference, please complete the attached notice at the bottom of this letter and post it next to the Citations as soon as the time, date and the place of the informal conference have been determined. Be sure to bring to the conference with you any and all supporting documentation of existing conditions as well as of any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.

Sincerely,

**Chad Vivian**
Area Director

Enclosures

# U.S. Department of Labor

Occupational Safety and Health Administration
7935 East Prentice Avenue
Suite 209
Greenwood Village, CO 80111



---

## Citation and Notification of Penalty

---

**To**:
Quick Roofing LLC
and its successors
925 E. KENNEDALE PARKWAY
Kennedale, TX 76060

**Inspection Site:**
17198 Birds Ft Trail
Parker, CO 80134

**Inspection Number**: 1662330
**Inspection Date(s)**: 04/08/2023 - 04/08/2023
**Issuance Date**:     09/21/2023

*The violation(s) described in this Citation and Notification of Penalty is (are) alleged to have occurred on or about the day(s) the inspection was made unless otherwise indicated within the description given below.*

This Citation and Notification of Penalty (this Citation) describes violations of the Occupational Safety and Health Act of 1970. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 15 working days (excluding weekends and Federal holidays) from your receipt of this Citation and Notification of Penalty **you either call to schedule an informal conference (see paragraph below) or** you mail a notice of contest to the U.S. Department of Labor Area Office at the address shown above. Please refer to the enclosed booklet (OSHA 3000) which outlines your rights and responsibilities and which should be read in conjunction with this form. Issuance of this Citation does not constitute a finding that a violation of the Act has occurred unless there is a failure to contest as provided for in the Act or, if contested, unless this Citation is affirmed by the Review Commission or a court.

**Posting -** The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or, if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 3 working days (excluding weekends and Federal holidays), whichever is longer.

**Informal Conference -** An informal conference is not required. However, if you wish to have such a conference you may request one with the Area Director during the 15 working day contest period by calling (303) 843-4500. During such an informal conference, you may present any evidence or views which you believe would support an adjustment to the citation(s) and/or penalty(ies).

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of this Citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete, remove and post the Notice to Employees next to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have been determined. Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**Right to Contest –** You have the right to contest this Citation and Notification of Penalty. You may contest all citation items or only individual items. You may also contest proposed penalties and/or abatement dates without contesting the underlying violations. **Unless you inform the Area Director in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 15 working days after receipt, the citation(s) and the proposed penalty(ies) will become a final order of the Occupational Safety and Health Review Commission and may not be reviewed by any court or agency.**

**Penalty Payment –** Penalties are due within 15 working days of receipt of this notification unless contested. (See the enclosed booklet and the additional information provided related to the Debt Collection Act of 1982.) Make your check or money order payable to "DOL-OSHA". Please indicate the Inspection Number on the remittance. You can also make your payment electronically at www.pay.gov. At the top of the pay.gov homepage, type **"OSHA"** in the Search field and select Search. From **OSHA Penalty Payment Form** search result, select Continue. The direct link is:

https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334

You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will process the payments as if these restrictions or conditions do not exist.

**Notification of Corrective Action –** For each violation which you do not contest, you must provide *abatement certification* to the Area Director of the OSHA office issuing the citation and identified above. This abatement certification is to be provided by letter within 10 calendar days after each abatement date. Abatement certification includes the date and method of abatement. If the citation indicates that the violation was corrected during the inspection, no abatement certification is required for that item. The abatement certification letter must be posted at the location where the violation appeared and the corrective action took place or employees must otherwise be effectively informed about abatement activities. A sample abatement certification letter is enclosed with this Citation. In addition, where the citation indicates that *abatement documentation* is necessary, evidence of the purchase or repair of equipment, photographs or video, receipts, training records, etc., verifying that abatement has occurred is required to be provided to the Area Director.

**Employer Discrimination  Unlawful –** The law prohibits discrimination by an employer against an employee for filing a complaint or for exercising any rights under this Act. An employee who believes that

he/she has been discriminated against may file a complaint no later than 30 days after the discrimination occurred with the U.S. Department of Labor Area Office at the address shown above.

**Employer Rights and Responsibilities** – The enclosed booklet (OSHA 3000) outlines additional employer rights and responsibilities and should be read in conjunction with this notification.

**Notice to Employees** – The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the U.S. Department of Labor Area Office at the address shown above and postmarked within 15 working days (excluding weekends and Federal holidays) of the receipt by the employer of this Citation and Notification of Penalty.

**Inspection Activity Data** – You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of the Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.

**U.S. Department of Labor**
Occupational Safety and Health Administration



# NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with OSHA to discuss the citation(s) issued on

09/21/2023. The conference will be held by telephone or at the OSHA office located at 7935

East Prentice Avenue, Suite 209, Greenwood Village, CO 80111 on _____ at

_____. Employees and/or representatives of employees have a right to attend an

informal conference.

# CERTIFICATION OF CORRECTIVE ACTION WORKSHEET

**Inspection Number: 1662330**

Company Name: Quick Roofing LLC
Inspection Site: 17198 Birds Ft Trail, Parker, CO 80134
Issuance Date: 09/21/2023

List the specific method of correction for each item on this citation in this package that does not read "Corrected During Inspection" and return to: **U.S. Department of Labor – Occupational Safety and Health Administration, 7935 East Prentice Avenue, Suite 209, Greenwood Village, CO 80111.**

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

I certify that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement.

_____          _____
Signature                                                          Date

_____          _____
Typed or Printed Name                                     Title

**NOTE: 29 USC 666(g)** whoever knowingly makes any false statements, representation or certification in any application, record, plan or other documents filed or required to be maintained pursuant to the Act shall, upon conviction, be punished by a fine of not more than $10,000 or by imprisonment of not more than 6 months or both.

**POSTING:** A copy of completed Corrective Action Worksheet should be posted for employee review.



## Citation and Notification of Penalty

**Company Name: Quick Roofing LLC**
**Inspection Site:** 17198 Birds Ft Trail, Parker, CO 80134

Citation 1 Item 1    Type of Violation: **Serious**

29 CFR 1926.503(a)(2): The employer did not assure that employees exposed to fall hazards were trained by a competent person qualified in the areas specified in 29 CFR 1926.503 (a)(2)(i) through (viii):

a) On or about April 08, 2023, and at times prior, the employer did not ensure that employees were adequately trained in fall protection requirements. An employee engaged in residential construction activities, including replacing a vent, on a roof over 10 feet in height was not trained adequately on when fall protection is required to be used as required by 1926.503(a)(2)(viii) exposing the employee to an unguarded roof edge. Employees did not understand the requirements for fall protection, specifically with regard to short-duration work.

Abatement Note: Abatement certification is required for this item (see enclosed "Certification of Corrective Action Worksheet").

Date By Which Violation Must be Abated:                    October 18, 2023
Proposed Penalty:                                                        $8,036.00

_____

**Chad Vivian**
Area Director

_____

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 6                    OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration
7935 East Prentice Avenue
Suite 209
Greenwood Village, CO 80111



# INVOICE /
# DEBT COLLECTION NOTICE

**Company Name: Quick Roofing LLC**
**Inspection Site: 17198 Birds Ft Trail, Parker, CO 80134**
**Issuance Date:** 09/21/2023

Summary of Penalties for Inspection Number: 1662330

Citation 1 Item 1, Serious      $8,036.00

**TOTAL PROPOSED PENALTIES:**      **$8,036.00**

To avoid additional charges, please remit payment promptly to this Area Office for the total amount of the uncontested penalties summarized above. Make your check or money order payable to: "DOL-OSHA". Please indicate OSHA's Inspection Number (indicated above) on the remittance. You can also make your payment electronically at www.pay.gov. At the top of the pay.gov homepage, type "**OSHA**" in the Search field and select Search. From the **OSHA Penalty Payment Form** search result, select Continue. The direct link is: https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334. You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will cash the check or money order as if these restrictions or conditions do not exist.

If a personal check is issued, it will be converted into an electronic fund transfer (EFT). This means that our bank will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will then usually occur within 24 hours and will be shown on your regular account statement. You will not receive your original check back. The bank will destroy your original check, but will keep a copy of it. If the EFT cannot be completed because of insufficient funds or closed account, the bank will attempt to make the transfer up to two times.

Pursuant to the Debt Collection Act of 1982 (Public Law 97-365) and regulations of the U.S. Department of Labor (29 CFR Part 20), the Occupational Safety and Health Administration is required to assess interest, delinquent charges, and administrative costs for the collection of delinquent penalty debts for violations of the Occupational Safety and Health Act.

**Interest**: Interest charges will be assessed at an annual rate determined by the Secretary of the Treasury on all penalty debt amounts not paid within one month (30 calendar days) of the date on which the debt amount becomes due and payable (penalty due date). The current interest rate is one percent (1%). Interest will accrue from the date on which the penalty amounts (as proposed or adjusted) become a final order of the Occupational Safety and Health Review Commission (that is, 15 working days from your receipt of the Citation and Notification of Penalty), unless you file a notice of contest. Interest charges will be waived if the full amount owed is paid within 30 calendar days of the final order.

**Delinquent Charges**: A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made. If the debt remains delinquent for more than 90 calendar days, a delinquent charge of six percent (6%) per annum will be assessed accruing from the date that the debt became delinquent.

**Administrative Costs**: Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts. These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt. Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.

September 21, 2023

_____          _____

**Chad Vivian**                                                                          Date

Area Director

Exhibit I

**U.S. Department of Labor**   Occupational Safety and Health Administration
7935 East Prentice Avenue
Suite 209
Greenwood Village, CO 80111



01/30/2024


Quick Roofing LLC.
and its successors
925 E Kennedale Pkwy
Kennedale, TX 76060


Dear Employer:


Enclosed you will find citations for violations of the Occupational Safety and Health Act of 1970 (the Act) which may have accompanying proposed penalties. Also enclosed is a booklet entitled, "Employer Rights and Responsibilities Following an OSHA Inspection", (OSHA 3000-04R) revised 2018, which explains your rights and responsibilities under the Act. If you have any questions about the enclosed citations and penalties, I would welcome further discussions in person or by telephone. Please contact me at (303) 843-4500.


You will note on page 6 of the booklet that, for violations which you do not contest, you must (1) notify this office promptly by letter that you have taken appropriate corrective action within the time set forth on the citation; and (2) pay any penalties assessed. Please inform me of the abatement steps you have taken and of their dates together with adequate supporting documentation; e.g., drawings or photographs of corrected conditions, purchase/work orders related to abatement actions, air sampling results. This information will allow us to close the case.


As indicated on page 3 of the booklet, you may request an informal conference with me during the 15-working-day notice of contest period. During such an informal conference you may present any evidence or views which you believe would support an adjustment to the citation or the penalty.


If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of the citation. The running of this contest period is not interrupted by an informal conference.


If you decide to request an informal conference, please complete the attached notice at the bottom of this letter and post it next to the Citations as soon as the time, date and the place of the informal conference have been determined. Be sure to bring to the conference with you any and all supporting documentation of existing conditions as well as of any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.

Sincerely,

**Chad Vivian**
Area Director

Enclosures

# U.S. Department of Labor

Occupational Safety and Health Administration
7935 East Prentice Avenue
Suite 209
Greenwood Village, CO 80111



## Citation and Notification of Penalty

**To**:
Quick Roofing LLC.
and its successors
925 E Kennedale Pkwy
Kennedale, TX 76060

**Inspection Number**: 1699316
**Inspection Date(s)**: 08/22/2023 - 08/22/2023
**Issuance Date**: 01/30/2024

**Inspection Site:**
16118 Mountain Flax Dr.
Monument, CO 80132

*The violation(s) described in this Citation and Notification of Penalty is (are) alleged to have occurred on or about the day(s) the inspection was made unless otherwise indicated within the description given below.*

This Citation and Notification of Penalty (this Citation) describes violations of the Occupational Safety and Health Act of 1970. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 15 working days (excluding weekends and Federal holidays) from your receipt of this Citation and Notification of Penalty **you either call to schedule an informal conference (see paragraph below) or** you mail a notice of contest to the U.S. Department of Labor Area Office at the address shown above. Please refer to the enclosed booklet (OSHA 3000) which outlines your rights and responsibilities and which should be read in conjunction with this form. Issuance of this Citation does not constitute a finding that a violation of the Act has occurred unless there is a failure to contest as provided for in the Act or, if contested, unless this Citation is affirmed by the Review Commission or a court.

**Posting -** The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or, if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 3 working days (excluding weekends and Federal holidays), whichever is longer.

**Informal Conference -** An informal conference is not required. However, if you wish to have such a conference you may request one with the Area Director during the 15 working day contest period by calling (303) 843-4500. During such an informal conference, you may present any evidence or views which you believe would support an adjustment to the citation(s) and/or penalty(ies).

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of this Citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete, remove and post the Notice to Employees next to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have been determined. Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**Right to Contest –** You have the right to contest this Citation and Notification of Penalty. You may contest all citation items or only individual items. You may also contest proposed penalties and/or abatement dates without contesting the underlying violations. **Unless you inform the Area Director in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 15 working days after receipt, the citation(s) and the proposed penalty(ies) will become a final order of the Occupational Safety and Health Review Commission and may not be reviewed by any court or agency.**

**Penalty Payment –** Penalties are due within 15 working days of receipt of this notification unless contested. (See the enclosed booklet and the additional information provided related to the Debt Collection Act of 1982.) Make your check or money order payable to "DOL-OSHA". Please indicate the Inspection Number on the remittance. You can also make your payment electronically at www.pay.gov. At the top of the pay.gov homepage, type **"OSHA"** in the Search field and select Search. From **OSHA Penalty Payment Form** search result, select Continue. The direct link is:

https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334

You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will process the payments as if these restrictions or conditions do not exist.

**Notification of Corrective Action –** For each violation which you do not contest, you must provide *abatement certification* to the Area Director of the OSHA office issuing the citation and identified above. This abatement certification is to be provided by letter within 10 calendar days after each abatement date. Abatement certification includes the date and method of abatement. If the citation indicates that the violation was corrected during the inspection, no abatement certification is required for that item. The abatement certification letter must be posted at the location where the violation appeared and the corrective action took place or employees must otherwise be effectively informed about abatement activities. A sample abatement certification letter is enclosed with this Citation. In addition, where the citation indicates that *abatement documentation* is necessary, evidence of the purchase or repair of equipment, photographs or video, receipts, training records, etc., verifying that abatement has occurred is required to be provided to the Area Director.

**Employer Discrimination  Unlawful –** The law prohibits discrimination by an employer against an employee for filing a complaint or for exercising any rights under this Act. An employee who believes that

he/she has been discriminated against may file a complaint no later than 30 days after the discrimination occurred with the U.S. Department of Labor Area Office at the address shown above.

**Employer Rights and Responsibilities** – The enclosed booklet (OSHA 3000) outlines additional employer rights and responsibilities and should be read in conjunction with this notification.

**Notice to Employees** – The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the U.S. Department of Labor Area Office at the address shown above and postmarked within 15 working days (excluding weekends and Federal holidays) of the receipt by the employer of this Citation and Notification of Penalty.

**Inspection Activity Data** – You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of the Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.

**U.S. Department of Labor**
Occupational Safety and Health Administration



# NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with OSHA to discuss the citation(s) issued on

01/30/2024. The conference will be held by telephone or at the OSHA office located at 7935

East Prentice Avenue, Suite 209, Greenwood Village, CO 80111 on _____ at

_____. Employees and/or representatives of employees have a right to attend an

informal conference.

# CERTIFICATION OF CORRECTIVE ACTION WORKSHEET

**Inspection Number: 1699316**

Company Name: Quick Roofing LLC.
Inspection Site: 16118 Mountain Flax Dr., Monument, CO 80132
Issuance Date: 01/30/2024

List the specific method of correction for each item on this citation in this package that does not read "Corrected During Inspection" and return to: **U.S. Department of Labor – Occupational Safety and Health Administration, 7935 East Prentice Avenue, Suite 209, Greenwood Village, CO 80111.**

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

I certify that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement.

_____        _____
Signature                                                              Date

_____        _____
Typed or Printed Name                                            Title

**NOTE: 29 USC 666(g)** whoever knowingly makes any false statements, representation or certification in any application, record, plan or other documents filed or required to be maintained pursuant to the Act shall, upon conviction, be punished by a fine of not more than $10,000 or by imprisonment of not more than 6 months or both.

**POSTING:** A copy of completed Corrective Action Worksheet should be posted for employee review.



<u>**Citation and Notification of Penalty**</u>

**Company Name: Quick Roofing LLC.**
**Inspection Site:** 16118 Mountain Flax Dr., Monument, CO 80132

---

<u>Citation 1 Item 1</u>    Type of Violation: **Repeat - Serious**

29 CFR 1926.20(b)(2): The employer did not initiate and maintain a safety program which provides for frequent and regular inspections of jobsites, materials, and equipment to be made by a competent person:

a) On or about August 22, 2023, and at times prior, Quick Roofing LLC, as a controlling employer, did not ensure that Jose Ricardo Esquivel Lopez, subcontractor, protected their employees from jobsite hazards including but not limited to fall hazards, in that a competent person failed to make frequent and regular inspections of the jobsite, materials and equipment to identify and correct safety hazards. Subcontractor employees at this jobsite were inappropriately using fall arrest systems with excessive slack in the ropes and a portable ladder that was not extended at least three feet above the roof surface they were accessing.

Quick Roofing LLC., was previously cited for a violation of this occupational safety and health standard or its equivalent standard, which was contained in OSHA inspection number 1606276, citation number 1, item number 1, and was affirmed as a final order on 01/09/2023, with respect to a workplace located at 17412 Hop Clover Ave in Parker, CO 80134.

Quick Roofing LLC., was previously cited for a violation of this occupational safety and health standard or its equivalent standard, which was contained in OSHA inspection number 1566396, citation number 1, item number 1, and was affirmed as a final order on 04/11/2023, with respect to a workplace located at 700 Parkside Drive, Argyle, TX 76226.

Abatement Note: Abatement certification and documentation are required for this item. See enclosed "Certification of Corrective Actions Worksheet."

Date By Which Violation Must be Abated:                    February 20, 2024
Proposed Penalty:                                                              $31,939.00

**Chad Vivian**
Area Director

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

**U.S. Department of Labor**
Occupational Safety and Health Administration
7935 East Prentice Avenue
Suite 209
Greenwood Village, CO 80111



# INVOICE /
# DEBT COLLECTION NOTICE

**Company Name: Quick Roofing LLC.**
**Inspection Site: 16118 Mountain Flax Dr., Monument, CO 80132**
**Issuance Date:**     01/30/2024

Summary of Penalties for Inspection Number:        1699316

Citation 1 Item 1, Repeat - Serious        $31,939.00

**TOTAL PROPOSED PENALTIES:**        **$31,939.00**

To avoid additional charges, please remit payment promptly to this Area Office for the total amount of the uncontested penalties summarized above. Make your check or money order payable to: "DOL-OSHA". Please indicate OSHA's Inspection Number (indicated above) on the remittance. You can also make your payment electronically at www.pay.gov. At the top of the pay.gov homepage, type "**OSHA**" in the Search field and select Search. From the **OSHA Penalty Payment Form** search result, select Continue. The direct link is: https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334. You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will cash the check or money order as if these restrictions or conditions do not exist.

If a personal check is issued, it will be converted into an electronic fund transfer (EFT). This means that our bank will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will then usually occur within 24 hours and will be shown on your regular account statement. You will not receive your original check back. The bank will destroy your original check, but will keep a copy of it. If the EFT cannot be completed because of insufficient funds or closed account, the bank will attempt to make the transfer up to two times.

Pursuant to the Debt Collection Act of 1982 (Public Law 97-365) and regulations of the U.S. Department of Labor (29 CFR Part 20), the Occupational Safety and Health Administration is required to assess interest, delinquent charges, and administrative costs for the collection of delinquent penalty debts for violations of the Occupational Safety and Health Act.

**Interest**: Interest charges will be assessed at an annual rate determined by the Secretary of the Treasury on all penalty debt amounts not paid within one month (30 calendar days) of the date on which the debt amount becomes due and payable (penalty due date). The current interest rate is one percent (1%). Interest will accrue from the date on which the penalty amounts (as proposed or adjusted) become a final order of the Occupational Safety and Health Review Commission (that is, 15 working days from your receipt of the Citation and Notification of Penalty), unless you file a notice of contest. Interest charges will be waived if the full amount owed is paid within 30 calendar days of the final order.

**Delinquent Charges**: A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made. If the debt remains delinquent for more than 90 calendar days, a delinquent charge of six percent (6%) per annum will be assessed accruing from the date that the debt became delinquent.

**Administrative Costs**: Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts. These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt. Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.

January 30, 2024

_____                    _____

**Chad Vivian**                                                                                      Date

Area Director

Exhibit J

**UNITED STATES OF AMERICA**
**OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION**

| | | |
|---|---|---|
| SECRETARY OF LABOR, | ) | HON. BRIAN DUNCAN |
| UNITED STATES DEPARTMENT | ) | |
| OF LABOR, | ) | OSHRC DOCKET NO. 23-1527 |
| Complainant, | ) | |
| | ) | OSHA INSPECTION NO. 1662330 |
| v. | ) | |
| | ) | OSHRC DOCKET NO. 24-0273 |
| QUICK ROOFING LLC, | ) | |
| and its successors, | ) | OSHA INSPECTION NO. 1699316 |
| Respondent. | ) | |
| | ) | CONSOLIDATED |

**SETTLEMENT AGREEMENT**

Complainant SECRETARY OF LABOR ("Complainant" or "Secretary") and Respondent Quick Roofing, LLC ("Respondent"), by and through their respective undersigned representatives, enter into this Settlement Agreement ("Agreement") and agree to the following in settlement of the above-captioned matters:

1. On September 21, 2023, the Secretary issued a Citation and Notification of Penalty ("Citation") to Respondent on Inspection Number 1662330 pursuant to Section 9(a) of the Occupational Safety and Health Act of 1970, 29 U.S.C. §651 et seq. ("Act"). On January 30, 2024, the Secretary issued an additional Citation to Respondent on Inspection Number 1699316.

2. Respondent timely filed a Notice of Contest with the Occupational Safety and Health Review Commission ("Review Commission") of each Citation, contesting the citation items, the alleged violations therein, and the proposed penalties.

3. The parties agree to the following terms regarding the Citation Items:

| Inspection No. | Citation No. | Item No. | Amendment |
|---|---|---|---|
| 1662330 | 1 | 1 | Classification remains Serious. Penalty reduced to $4,000. |

| 1699316 | 1 | 1 | Classification changed from Repeat – Serious to Serious. Penalty reduced to $5,000. |

4.      Respondent promises to pay the $9,000 in assessed penalties ($4,000.00 in assessed penalties on Citation 1662330 and the $5,000.00 in assessed penalties on Citation 1699316, as separate payments) no later than thirty (30) days after the date of this Agreement, which shall be the date of the last signature hereto. Respondent shall tender payment through www.pay.gov or by check or money order made payable to **"DOL-OSHA"** and sent to: Occupational Safety and Health Administration, Chad Vivian, Area Director, Occupational Safety and Health Administration, Englewood Area Office, 7935 E Prentice Ave, Suite 209, Greenwood Village, CO 80111.  Payment shall be considered "made," as that term is used in this paragraph, on the date the payment is submitted online, placed in the U.S. Mail, postage prepaid, or sent by overnight delivery service. Online payment can be made by debit/credit card or Automated Clearing House (ACH) transfer, using the direct address https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334 or by searching for "OSHA" and selecting the **OSHA Penalty Payment Form** at www.pay.gov.

5.      Respondent states that the specific conditions described in the citations have been corrected.

6.      Respondent will comply with all applicable abatement verification provisions of 29 C.F.R. § 1903.19, including but not limited to, all certification, documentation, and posting requirements.  This shall include any enhanced abatement spelled out in this agreement and incorporated in the citations by amendment.  By May 15, 2024, Respondent shall certify that it has abated the conditions described in the citations as amended by mailing a letter to Occupational Safety and Health Administration at the address above stating that abatement has

been completed, the date and method of abatement, and that affected employees and their representatives have been informed of the abatement. Any required abatement documentation shall be submitted along with the abatement certification.

7.      No later than forty-five (45) days after the date of this agreement, as defined in paragraph 4, Respondent will take the following abatement measures:

      a.      Provide training to all contractors, employees, managers and safety personnel regarding the fall protection requirements under the OSH Act, including the limitations to the exception under 1926.500(a), which allows personnel to perform inspections, assessments or investigations of roofing conditions without the use of fall protection systems. Training must include a review of OSHA's letter of interpretation on the exemption during inspection, investigation, and assessment activities, available at https://www.osha.gov/laws-regs/standardinterpretations/2010-03-02-1. Respondent will provide proof of training (including a list of attendees, date provided, and subject matter covered) via email to Area Director Chad Vivian at Vivian.chad@dol.gov;

      b.      Provide all field personnel with an OSHA 10-hour outreach course and all safety managers with an OSHA 30-hour course; and send proof of completion to Area Director Chad Vivian at Vivian.chad@dol.gov.

      c.      Issue a notice or safety bulletin to all contractors, employees, managers and safety personnel, that fall protection must be worn at all times except in the rare instance that the exception under 1926.500(a) applies;

      d.      Cooperate with OSHA in good faith during all future inspections, including providing timely responses to all requests for documents and contact information for all employees and contractors;

e. Advise all contractors, employees, managers and safety personnel in writing of their obligation to cooperate with OSHA during inspections, including providing truthful information regarding work activities and offering contact information for follow-up inspections; and send a copy of the same to Area Director Chad Vivian at Vivian.chad@dol.gov.

8. No later than thirty (30) days after the date of this agreement, as defined in paragraph 4, Respondent will develop and implement a safety inspection program in Colorado designed to provide oversight of Respondent's contractors and ensure compliance with the provisions of the OSH Act at Respondent's job sites. Respondent agrees to develop and use a safety checklist for Respondent's safety team to use during the inspections to identify hazards related to the work being performed. Respondent also agrees to document which job sites are inspected, when the inspection was conducted, what findings were made, and what corrective action (if any) was taken. Beginning in June 2024, Respondent agrees to inspect at least 20% of all job sites in Colorado. For a period of six months between June and December, 2024, Respondent will provide copies of the completed inspections, with findings and corrective actions, to OSHA no later than the 10th day of the following month, by mail to the address in paragraph 4 or by email to Area Director Chad Vivian at Vivian.chad@dol.gov.

9. Respondent also agrees to incorporate the terms of a prior Settlement Agreement dated November 16, 2022, including all of the enhanced abatement measures set forth therein, into this agreement, and Respondent agrees that it will continue to comply with the same.

10. The Citations are hereby amended to include any abatement measures, including agreements as to actions to be taken by Respondent, which are described in this Agreement. The

abatement measures described in this Agreement (without limitation) are hereby incorporated as terms and abatement conditions of this Agreement.

11.     The parties agree that this Stipulation and Settlement Agreement and the Citation resolved herein shall constitute a Final Order of the Commission, and that failure to comply with this Stipulation and Settlement Agreement, including the compliance measures contained in Paragraphs 7-9, are grounds for notices of failure to abate under Section 10(b) of the OSH Act and may be subject to an enforcement action brought by Complainant pursuant to Section 11(b) of the Act, to the same extent as if these terms, abatement measures and Additional Abatement Measures had been set forth from the outset in the Citations and Notification of Penalties issued in these matters. Respondent will not oppose the entry, pursuant to Section 11(b) of the Act, of an order of enforcement by the United States Court of Appeals to which Complainant presents this Settlement Agreement and supporting documents.

12.     None of the foregoing agreements, statements, stipulations, and actions taken by Respondent shall be deemed an admission by Respondent of the allegation(s) contained within the citation(s), notification(s) of penalty and the complaint herein. The agreements, statements, stipulations, findings, and actions taken herein are made for the purpose of settling this matter economically and amicably, and they shall not be used for any other purpose, except for proceedings and matters brought by the United States Government.

13.     This Agreement shall become a final order of the Commission on the same date that the Order Terminating Proceeding becomes a final order, as set forth in the Notice of Docketing to be issued by the Executive Secretary of the Commission.

14.     Respondent withdraws its notice of contest.

15.     Respondent promises to permit Complainant access to its workplaces.

16.     Respondent promises to continue its good-faith efforts to comply with the Occupational Safety and Health Act.

17.     Respondent certifies that the affected employees in the above-style case are not represented by an authorized employee representative.

18.     Respondent certifies that a copy of this settlement agreement has been served upon the unrepresented affected employees in the manner set forth in Rules 7(g); 100(b)(1)(ii); 100(c) of the Commission's Rules of Procedure, by posting same, on May 7, 2024.

19.     Each party agrees to bear its own attorney's fees, costs and other expenses incurred by such party in connection with any stage of the above-referenced proceeding including, but not limited to, attorney's fees which may be available under the Equal Access to Justice Act, as amended.

Dated this __7_th day of May 2024.

| | |
|---|---|
| SEEMA NANDA<br>Solicitor of Labor<br><br>JOHN RAINWATER<br>Regional Solicitor<br><br>LYDIA TZAGOLOFF<br>Associate Regional Solicitor<br><br>_____<br>KAREN E. BOBELA<br>Counsel for Safety and Health<br><br>Attorneys for Complainant<br>U. S. Department of Labor<br>Office of the Solicitor<br>1244 Speer Boulevard, Suite 515<br>Denver, CO  80204-3516<br>Direct:  (303) 844-0963<br>Facsimile:   (303) 844-1753<br>bobela.karen.e@dol.gov | _____<br>ERIC ARMSTRONG<br>CEO, Quick Roofing<br><br><br>_____<br>WAYNE DUNCAN<br>West Texas Safety Solutions, LLC<br>P.O. Box 11147<br>Spring, Texas 77391<br>Main phone: 281-835-4073<br>Fax:     281-835-4076<br>Cell:    832-232-1905<br>wduncan@osrsolution.com<br><br>On behalf of Respondent<br>Quick Roofing LLC |

EACH AFFECTED EMPLOYEE WHO IS NOT REPRESENTED BY A LABOR
ORGANIZATION IS HEREBY GIVEN NOTICE THAT ANY OBJECTIONS TO THIS
SETTLEMENT AGREEMENT MUST BE FILED WITHIN TEN (10) DAYS FROM THE
DATE THAT THIS SETTLEMENT AGREEMENT IS POSTED. SUCH OBJECTIONS MUST
BE SET FORTH IN WRITING AND MAILED TO THE HONORABLE BRIAN A. DUNCAN,
ADMINISTRATIVE LAW JUDGE, OCCUPATIONAL SAFETY AND HEALTH REVIEW
COMMISSION, 721 19TH STREET, ROOM 407, DENVER, CO 80202-2517, WITH COPIES
TO COMPLAINANT AND RESPONDENT.

# Exhibit K



United States of America
**OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION**
U.S. Customs House
721 19th Street, Room 407
Denver, CO 80202-2517

| | |
|---|---|
| SECRETARY OF LABOR, | |
| Complainant, | |
| v. | OSHRC Docket No. 23-1527 & 24-0273 (Consolidated) |
| QUICK ROOFING LLC, | |
| Respondent. | |

## ORDER TERMINATING PROCEEDINGS

The Complainant filed a *Joint Notification of Settlement*, acknowledging that they resolved all disputed issues in this case, and agree to terminate this proceeding before the Commission. It is therefore ORDERED that this proceeding is TERMINATED pursuant to Commission Rules 100(b)(3) and 100(c). This *Order Terminating Proceeding* will become a final Order of the Commission thirty (30) days from the date of its docketing by the Executive Secretary, unless a Commission member directs review of the order within that time. *See* 29 U.S.C. § 661(j); Commission Rule 90(f), 29 C.F.R. § 2200.90(f).

SO ORDERED.

/s/ *Brian A. Duncan*

**Judge Brian A. Duncan**
U.S. Occupational Safety and Health Review Commission

Date: May 22, 2024
Denver, CO



United States of America
**OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION**
U.S. Customs House
721 19th Street, Room 407
Denver, CO 80202-2517

| | |
|---|---|
| SECRETARY OF LABOR,<br><br>Complainant,<br><br>v.<br><br>QUICK ROOFING LLC,<br><br>Respondent. | OSHRC Docket No. 23-1527 & 24-0273 (Consolidated) |

<u>**NOTICE OF ORDER AND REPORT**</u>

1.  **Judge's report.** The enclosed *Order Terminating Proceeding* acknowledges that the parties have resolved certain contested citation items and proposed penalties and agreed to terminate the proceeding before the Commission in whole (or in part) by filing a *Joint Notification of Settlement* (or *Joint Notification of Partial Settlement*) pursuant to Commission Rule 100, 29 C.F.R. § 2200.100.[1] The *Order Terminating Proceeding*, together with all other items comprising the record, shall be sent promptly to the Commission's Executive Secretary for docketing, and shall constitute the report of this Administrative Law Judge pursuant to section 12(j) of the Occupational Safety and Health Act of 1970 (the Act), 29 U.S.C. § 661(j).

2.  **Commission final order**. The *Order Terminating Proceeding* shall become a final order of the Commission thirty (30) days from the date of its docketing by the Executive

---

[1] OSHRC's new Rules of Procedure were effective June 10, 2019 and all references contained herein refer to these revised Rules. Rules of Procedure, 84 Fed. Reg. 14554 (April 10, 2019) (to be codified at 29 C.F.R. pt. 2200). (https://www.federalregister.gov/documents/2019/04/10/2019-06581/rules-of-procedure).

Secretary, unless review thereof is directed by a Commission member within that time. *See* section 12(j) of the Act; Commission Rule 90(f), 29 C.F.R. § 2200.90(f).

3. **Correction of errors in the Judge's report**. Requests to correct clerical errors arising through oversight or inadvertence in the *Order Terminating Proceeding* or in other parts of the Judge's report shall be filed, by motion, with the undersigned Judge, pursuant to Commission Rule 90(b)(4)(i), 29 C.F.R. § 2200.90(b)(4)(i). Motions shall conform to Commission Rule 40, 29 C.F.R. § 2200.40.

4. **Filing with Executive Secretary**. Except for motions filed to correct errors in the Judge's report, discussed in paragraph 3 above, on or after the date that the Executive Secretary dockets the Judge's report all items, including motions, shall be filed with the Executive Secretary at the address noted below. *See* Commission Rule 90(d), 29 C.F.R. § 2200.90(d).

**Executive Secretary**
**Occupational Safety and Health Review Commission**
**One Lafayette Centre**
**1120 20th Street NW, Suite 980**
**Washington, D.C. 20036-3457**

/s/ *Brian A. Duncan*
**Judge Brian A. Duncan**
U.S. Occupational Safety and Health Review Commission

Dated: May 22, 2024
Denver, CO

## CERTIFICATE OF SERVICE

Service of the foregoing *Order Terminating Proceedings* and *Notice of Order and Report* was completed through the Commission's E-file System, to the following on May 22, 2024:

Karen E. Bobela, Esq.
U.S. Department of Labor
Office of the Solicitor
1244 Speer Blvd., Suite 515
Denver, Colorado 80204
bobela.karen.e@dol.gov
kiel.amanda.j@dol.gov

Wayne Duncan
West Texas Safety Solutions, LLC
P.O. Box 11147
Spring, Texas 77391
wduncan@osrsolution.com

/s/ *Elaine P. Nicholas*

Elaine P. Nicholas
Legal Assistant
Judge Brian A. Duncan
U.S. Customs House
721 19th Street, Room 407
Denver, CO  80202-2517
(303) 844-0148  FAX (303) 844-3759
enicholas@oshrc.gov

Exhibit L



United States of America
# OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION
**1120 20th Street, N.W., Ninth Floor**
**Washington, DC 20036-3457**

|  |  |
|---|---|
| Phone: | (202) 606-5400 |
| Fax: | (202) 606-5050 |

Secretary of Labor,

Complainant,

v.

QUICK ROOFING LLC,

Respondent.

Region:  8
OSHRC Docket No.    23-1527
OSHA Inspection No. 1662330
Consolidated Dockets: 24-0273

### Notice of Docketing of Administrative Law Judge's Decision

The Administrative Law Judge's Report in the above referenced case was docketed with the Commission on 06/13/2024. The decision of the Judge will become a final order of the Commission on 07/15/2024 unless a Commission member directs review of the decision on or before that date.

Any party desiring review of the Judge's decision by the Commission must file a petition for discretionary review. Any such petition must be received by the Executive Secretary on or before 07/03/2024 in order to permit sufficient time for its review. See Commission Rule 91, 29 C.F.R. 2200.91. All further pleadings or communications regarding this case shall be addressed to the Executive Secretary with a copy to the DOL Solicitor at the address below.

**Executive Secretary**
**Occupational Safety and Health Review**
**Commission**
**1120 20th St., N.W., Suite 980**
**Washington, D.C. 20036-3419**

**Louise M. Betts, Counsel for Appellate Litigation**
**Heather R. Phillips, Counsel for Appellate Litigation**
**Office of the Solicitor, U.S. DOL**
**Room S4004**
**200 Constitution Avenue, N.W.**
**Washington, D.C. 20210**

If directed for Review by the Commission, then the Counsel for Appellate Litigation will represent the Department of Labor. If you have questions, please contact the Executive Secretary's Office at (202) 606-5400.

John X. Cerveny
Executive Secretary

Date: 06/13/2024

_/s/_ _____
Sontia Myles, Legal Clerk

This notice has been sent to:

Lydia Tzagoloff, Regional Solicitor
Office of the Solicitor U.S. DOL
Cesar E. Chavez memorial Building, 1244 Speer Boulevard, Suite 515
Denver, CO 80204
Attn: Karen Elizabeth Bobela
Email: bobela.karen.e@dol.gov
Email: kiel.amanda.j@dol.gov

Wayne Duncan
West Texas Safety Solutions, LLC
P.O. Box 11147,
Spring, TX 77391
Email: wduncan@osrsolution.com



Exhibit M

**U.S. Department of Labor** Occupational Safety and Health Administration
1100 East Campbell Road, Suite 250
Richardson, TX 75081



11/13/2023

Quick Roofing LLC
and its successors
925 E. Kennedale Parkway
Kennedale, TX 76060

Dear Employer:

Enclosed you will find citations for violations of the Occupational Safety and Health Act of 1970 (the Act) which may have accompanying proposed penalties. Also enclosed is a booklet entitled, "Employer Rights and Responsibilities Following an OSHA Inspection", (OSHA 3000-04R) revised 2018, which explains your rights and responsibilities under the Act. If you have any questions about the enclosed citations and penalties, I would welcome further discussions in person or by telephone. Please contact me at (972) 952-1330.

You will note on page 6 of the booklet that, for violations which you do not contest, you must (1) notify this office promptly by letter that you have taken appropriate corrective action within the time set forth on the citation; and (2) pay any penalties assessed. Please inform me of the abatement steps you have taken and of their dates together with adequate supporting documentation; e.g., drawings or photographs of corrected conditions, purchase/work orders related to abatement actions, air sampling results. This information will allow us to close the case.

As indicated on page 3 of the booklet, you may request an informal conference with me during the 15-working-day notice of contest period. During such an informal conference you may present any evidence or views which you believe would support an adjustment to the citation or the penalty.

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of the citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete the attached notice at the bottom of this letter and post it next to the Citations as soon as the time, date and the place of the informal conference have been determined. Be sure to bring to the conference with you any and all supporting documentation of existing conditions as well as of any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.

Sincerely,

*Ruth Solis-Lewis* for
**Basil Singh**
Area Director

Enclosures

**U.S. Department of Labor**
Occupational Safety and Health Administration
1100 East Campbell Road, Suite 250
Richardson, TX 75081



# Citation and Notification of Penalty

**To:**
Quick Roofing LLC
and its successors
925 E. Kennedale Parkway
Kennedale, TX 76060

**Inspection Number:** 1709075
**Inspection Date(s):** 11/07/2023 - 11/07/2023
**Issuance Date:** 11/13/2023

**Inspection Site:**
1339 Eldridge Pond Street
Forney, TX 75126

*The violation(s) described in this Citation and Notification of Penalty is (are) alleged to have occurred on or about the day(s) the inspection was made unless otherwise indicated within the description given below.*

This Citation and Notification of Penalty (this Citation) describes violations of the Occupational Safety and Health Act of 1970. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 15 working days (excluding weekends and Federal holidays) from your receipt of this Citation and Notification of Penalty **you either call to schedule an informal conference (see paragraph below) or** you mail a notice of contest to the U.S. Department of Labor Area Office at the address shown above. Please refer to the enclosed booklet (OSHA 3000) which outlines your rights and responsibilities and which should be read in conjunction with this form. Issuance of this Citation does not constitute a finding that a violation of the Act has occurred unless there is a failure to contest as provided for in the Act or, if contested, unless this Citation is affirmed by the Review Commission or a court.

**Posting -** The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or, if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 3 working days (excluding weekends and Federal holidays), whichever is longer.

**Informal Conference -** An informal conference is not required. However, if you wish to have such a conference you may request one with the Area Director during the 15 working day contest period by calling (972) 952-1330. During such an informal conference, you may present any evidence or views which you believe would support an adjustment to the citation(s) and/or penalty(ies).

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of this Citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete, remove and post the Notice to Employees next to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have been determined. Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**Right to Contest** – You have the right to contest this Citation and Notification of Penalty. You may contest all citation items or only individual items. You may also contest proposed penalties and/or abatement dates without contesting the underlying violations. **Unless you inform the Area Director in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 15 working days after receipt, the citation(s) and the proposed penalty(ies) will become a final order of the Occupational Safety and Health Review Commission and may not be reviewed by any court or agency.**

**Penalty Payment** – Penalties are due within 15 working days of receipt of this notification unless contested. (See the enclosed booklet and the additional information provided related to the Debt Collection Act of 1982.) Make your check or money order payable to "DOL-OSHA". Please indicate the Inspection Number on the remittance. You can also make your payment electronically at www.pay.gov. At the top of the pay.gov homepage, type "**OSHA**" in the Search field and select Search. From **OSHA Penalty Payment Form** search result, select Continue. The direct link is:

https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334

You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will process the payments as if these restrictions or conditions do not exist.

**Notification of Corrective Action** – For each violation which you do not contest, you must provide *abatement certification* to the Area Director of the OSHA office issuing the citation and identified above. This abatement certification is to be provided by letter within 10 calendar days after each abatement date. Abatement certification includes the date and method of abatement. If the citation indicates that the violation was corrected during the inspection, no abatement certification is required for that item. The abatement certification letter must be posted at the location where the violation appeared and the corrective action took place or employees must otherwise be effectively informed about abatement activities. A sample abatement certification letter is enclosed with this Citation. In addition, where the citation indicates that *abatement documentation* is necessary, evidence of the purchase or repair of equipment, photographs or video, receipts, training records, etc., verifying that abatement has occurred is required to be provided to the Area Director.

**Employer Discrimination Unlawful** – The law prohibits discrimination by an employer against an employee for filing a complaint or for exercising any rights under this Act. An employee who believes that

he/she has been discriminated against may file a complaint no later than 30 days after the discrimination occurred with the U.S. Department of Labor Area Office at the address shown above.

**Employer Rights and Responsibilities** – The enclosed booklet (OSHA 3000) outlines additional employer rights and responsibilities and should be read in conjunction with this notification.

**Notice to Employees** – The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the U.S. Department of Labor Area Office at the address shown above and postmarked within 15 working days (excluding weekends and Federal holidays) of the receipt by the employer of this Citation and Notification of Penalty.

**Inspection Activity Data** – You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of the Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.



# NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with OSHA to discuss the citation(s) issued on

11/13/2023. The conference will be held by telephone or at the OSHA office located at 1100

East Campbell Road, Suite 250, Richardson, TX 75081 on _____ at

_____. Employees and/or representatives of employees have a right to attend an

informal conference.

## CERTIFICATION OF CORRECTIVE ACTION WORKSHEET

**Inspection Number: 1709075**

Company Name: Quick Roofing LLC
Inspection Site: 1339 Eldridge Pond Street, Forney, TX 75126
Issuance Date: 11/13/2023

List the specific method of correction for each item on this citation in this package that does not read "Corrected During Inspection" and return to: **U.S. Department of Labor – Occupational Safety and Health Administration, 1100 East Campbell Road, Suite 250, Richardson, TX 75081.**

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

Citation Number _____ and Item Number _____ was corrected on _____
By (Method of Abatement): _____
_____

I certify that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement.

_____          _____
Signature                                Date

_____          _____
Typed or Printed Name                    Title

**NOTE: 29 USC 666(g)** whoever knowingly makes any false statements, representation or certification in any application, record, plan or other documents filed or required to be maintained pursuant to the Act shall, upon conviction, be punished by a fine of not more than $10,000 or by imprisonment of not more than 6 months or both.

**POSTING:** A copy of completed Corrective Action Worksheet should be posted for employee review.



<u>**Citation and Notification of Penalty**</u>

**Company Name: Quick Roofing LLC**
**Inspection Site:** 1339 Eldridge Pond Street, Forney, TX 75126

---

<u>Citation 1 Item 1</u>     Type of Violation: **Repeat - Serious**

29 CFR 1926.501(b)(13):Each employee engaged in residential construction activities 6 feet (1.8 m) or more above lower levels was not protected by guardrail systems, safety net systems, personal fall arrest systems, or an alternative fall protection measure under another provision of paragraph 1926.501(b), nor did the employer demonstrate that it is infeasible or creates a greater hazard to use these systems and develop and implement a fall protection plan which meets the requirements of paragraph (k) of section 1926.502:

(a) On or about November 7, 2023, where employees installing roof vent covers, where employees doing roof work on a new build single-family house were exposed to fall hazards:

QUICK ROOFING LLC WAS PREVIOUSLY CITED FOR A VIOLATION OF THIS OCCUPATIONAL SAFETY AND HEALTH STANDARD 1926.501 (B) (13) OR ITS EQUIVALENT WHICH WAS CONTAINED IN OSHA INSPECTION NUMBER 1538451, CITATION NUMBER 1, ITEM 1 THAT WAS ISSUED ON SEPTEMBER 30, 2021, WITH RESPECT TO A WORKPLACE LOCATED AT 10619 KING FISHER, IRVING, TX, 75063 THE FINAL ORDER DATE WAS MAY 13, 2022.

### ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM

Date By Which Violation Must be Abated:                    December 08, 2023
Proposed Penalty:                                                              $28,125.00

*Ruth Solis-Lewis*     for
**Basil Singh**
Area Director

---

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 6                                        OSHA-2

**U.S. Department of Labor**
Occupational Safety and Health Administration
1100 East Campbell Road, Suite 250
Richardson, TX 75081



# INVOICE /
# DEBT COLLECTION NOTICE

**Company Name: Quick Roofing LLC**
**Inspection Site: 1339 Eldridge Pond Street, Forney, TX 75126**
**Issuance Date:    11/13/2023**

Summary of Penalties for Inspection Number:          1709075

Citation 1 Item 1, Repeat - Serious                                                              $28,125.00

**TOTAL PROPOSED PENALTIES:**                                                          **$28,125.00**

To avoid additional charges, please remit payment promptly to this Area Office for the total amount of the uncontested penalties summarized above. Make your check or money order payable to: "DOL-OSHA". Please indicate OSHA's Inspection Number (indicated above) on the remittance. You can also make your payment electronically at www.pay.gov. At the top of the pay.gov homepage, type **"OSHA"** in the Search field and select Search. From the **OSHA Penalty Payment Form** search result, select Continue. The direct link is: https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334. You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will cash the check or money order as if these restrictions or conditions do not exist.

If a personal check is issued, it will be converted into an electronic fund transfer (EFT). This means that our bank will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will then usually occur within 24 hours and will be shown on your regular account statement. You will not receive your original check back. The bank will destroy your original check, but will keep a copy of it. If the EFT cannot be completed because of insufficient funds or closed account, the bank will attempt to make the transfer up to two times.

Pursuant to the Debt Collection Act of 1982 (Public Law 97-365) and regulations of the U.S. Department of Labor (29 CFR Part 20), the Occupational Safety and Health Administration is required to assess interest, delinquent charges, and administrative costs for the collection of delinquent penalty debts for violations of the Occupational Safety and Health Act.

**Interest**: Interest charges will be assessed at an annual rate determined by the Secretary of the Treasury on all penalty debt amounts not paid within one month (30 calendar days) of the date on which the debt amount becomes due and payable (penalty due date). The current interest rate is one percent (1%). Interest will accrue from the date on which the penalty amounts (as proposed or adjusted) become a final order of the Occupational Safety and Health Review Commission (that is, 15 working days from your receipt of the Citation and Notification of Penalty), unless you file a notice of contest. Interest charges will be waived if the full amount owed is paid within 30 calendar days of the final order.

**Delinquent Charges**: A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made. If the debt remains delinquent for more than 90 calendar days, a delinquent charge of six percent (6%) per annum will be assessed accruing from the date that the debt became delinquent.

**Administrative Costs**: Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts. These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt. Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.

_Ruth Solis-Lewis_ for

**Basil Singh**
Area Director

11/13/2023

Date

**U.S. Department of Labor**    Occupational Safety and Health Administration



# NOTICE OF EMPLOYER RIGHTS AND RESPONSIBILITIES

The OSHA publication "Employer Rights and Responsibilities Following an OSHA Inspection" is available by scanning the QR code below with your smartphone or barcode scanner.

**English -  OSHA 3000**



**OSHA 3000**

Publications may also be found at: **www.osha.gov/publications**

# AVISO DE DERECHOS Y RESPONSABILIDADES DEL EMPLEADOR

La publicación de OSHA "Derechos y responsabilidades del empleador después de una inspección de OSHA" está disponible escaneando el código QR a continuación con su teléfono inteligente o escáner de código de barras.

**Spanish -  OSHA 3195**



**OSHA 3195**

Las publicaciones también se pueden encontrar en: **www.osha.gov/publications**

Exhibit N

**U.S. Department of Labor**     Occupational Safety and Health Administration
8713 Airport Freeway
Suite 302
Fort Worth, TX 76180



07/22/2024


Quick Roofing LLC.
and its successors
925 E Kennedale Pkwy
Kennedale, TX 76060


Dear Employer:


Enclosed you will find citations for violations of the Occupational Safety and Health Act of 1970 (the Act) which may have accompanying proposed penalties. Also enclosed is a booklet entitled, "Employer Rights and Responsibilities Following an OSHA Inspection", (OSHA 3000), which explains your rights and responsibilities under the Act. If you have any questions about the enclosed citations and penalties, I would welcome further discussions in person or by telephone. Please contact me at (817) 428-2470.


You will note on page 6 of the booklet that, for violations which you do not contest, you must (1) notify this office promptly by letter that you have taken appropriate corrective action within the time set forth on the citation; and (2) pay any penalties assessed. Please inform me of the abatement steps you have taken and of their dates together with adequate supporting documentation; e.g., drawings or photographs of corrected conditions, purchase/work orders related to abatement actions, air sampling results. This information will allow us to close the case.


As indicated on page 3 of the booklet, you may request an informal conference with me during the 15-working-day notice of contest period. During such an informal conference you may present any evidence or views which you believe would support an adjustment to the citation or the penalty.


If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of the citation. The running of this contest period is not interrupted by an informal conference.


If you decide to request an informal conference, please complete the attached notice at the bottom of this letter and post it next to the Citations as soon as the time, date and the place of the informal conference have been determined. Be sure to bring to the conference with you any and all supporting documentation of existing conditions as well as of any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.

Sincerely,

**Timothy Minor**
Area Director

Enclosures



| | |
|---|---|

## Citation and Notification of Penalty

**To**:
Quick Roofing LLC.
and its successors
925 E Kennedale Pkwy
Kennedale, TX 76060

**Inspection Site:**
101 Northampton Drive
Justin, TX 76247

**Inspection Number**: 1754451
**Inspection Date(s)**: 06/12/2024 - 07/18/2024
**Issuance Date**:     07/22/2024

*The violation(s) described in this Citation and Notification of Penalty is (are) alleged to have occurred on or about the day(s) the inspection was made unless otherwise indicated within the description given below.*

This Citation and Notification of Penalty (this Citation) describes violations of the Occupational Safety and Health Act of 1970. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 15 working days (excluding weekends and Federal holidays) from your receipt of this Citation and Notification of Penalty **you either call to schedule an informal conference (see paragraph below) or** you mail a notice of contest to the U.S. Department of Labor Area Office at the address shown above. Please refer to the enclosed booklet (OSHA 3000) which outlines your rights and responsibilities and which should be read in conjunction with this form. Issuance of this Citation does not constitute a finding that a violation of the Act has occurred unless there is a failure to contest as provided for in the Act or, if contested, unless this Citation is affirmed by the Review Commission or a court.

**Posting -** The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or, if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 3 working days (excluding weekends and Federal holidays), whichever is longer.

**Informal Conference -** An informal conference is not required. However, if you wish to have such a conference you may request one with the Area Director during the 15 working day contest period by calling (817) 428-2470. During such an informal conference, you may present any evidence or views which you believe would support an adjustment to the citation(s) and/or penalty(ies).

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of this Citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete, remove and post the Notice to Employees next to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have been determined. Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**Right to Contest –** You have the right to contest this Citation and Notification of Penalty. You may contest all citation items or only individual items. You may also contest proposed penalties and/or abatement dates without contesting the underlying violations. **Unless you inform the Area Director in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 15 working days after receipt, the citation(s) and the proposed penalty(ies) will become a final order of the Occupational Safety and Health Review Commission and may not be reviewed by any court or agency.**

**Penalty Payment –** Penalties are due within 15 working days of receipt of this notification unless contested. (See the enclosed booklet and the additional information provided related to the Debt Collection Act of 1982.) Make your check or money order payable to "DOL-OSHA". Please indicate the Inspection Number on the remittance. You can also make your payment electronically at www.pay.gov. At the top of the pay.gov homepage, type **"OSHA"** in the Search field and select Search. From **OSHA Penalty Payment Form** search result, select Continue. The direct link is:

https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334

You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will process the payments as if these restrictions or conditions do not exist.

**Notification of Corrective Action –** For each violation which you do not contest, you must provide *abatement certification* to the Area Director of the OSHA office issuing the citation and identified above. This abatement certification is to be provided by letter within 10 calendar days after each abatement date. Abatement certification includes the date and method of abatement. If the citation indicates that the violation was corrected during the inspection, no abatement certification is required for that item. The abatement certification letter must be posted at the location where the violation appeared and the corrective action took place or employees must otherwise be effectively informed about abatement activities. A sample abatement certification letter is enclosed with this Citation. In addition, where the citation indicates that *abatement documentation* is necessary, evidence of the purchase or repair of equipment, photographs or video, receipts, training records, etc., verifying that abatement has occurred is required to be provided to the Area Director.

**Employer Discrimination Unlawful –** The law prohibits discrimination by an employer against an employee for filing a complaint or for exercising any rights under this Act. An employee who believes that he/she has been discriminated against may file a complaint no later than 30 days after the discrimination occurred with the U.S. Department of Labor Area Office at the address shown above.

**Employer Rights and Responsibilities –** The enclosed booklet (OSHA 3000) outlines additional employer rights and responsibilities and should be read in conjunction with this notification.

**Notice to Employees –** The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the U.S. Department of Labor Area Office at the address shown above and postmarked within 15 working days (excluding weekends and Federal holidays) of the receipt by the employer of this Citation and Notification of Penalty.

**Inspection Activity Data –** You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of the Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.



# NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with OSHA to discuss the citation(s) issued on

07/22/2024. The conference will be held by telephone or at the OSHA office located at 8713

Airport Freeway, Suite 302, Fort Worth, TX 76180 on _____ at

_____. Employees and/or representatives of employees have a right to attend an

informal conference.

# CERTIFICATION OF CORRECTIVE ACTION WORKSHEET

**Inspection Number: 1754451**

Company Name: Quick Roofing LLC.
Inspection Site: 101 Northampton Drive, Justin, TX 76247
Issuance Date: 07/22/2024

List the specific method of correction for each item on this citation in this package that does not read "Corrected During Inspection" and return to: **U.S. Department of Labor – Occupational Safety and Health Administration, 8713 Airport Freeway, Suite 302, Fort Worth, TX 76180.**

Citation Number \_\_\_\_\_ and Item Number \_\_\_\_\_ was corrected on _____
By (Method of Abatement): _____

_____

Citation Number \_\_\_\_\_ and Item Number \_\_\_\_\_ was corrected on _____
By (Method of Abatement): _____

_____

Citation Number \_\_\_\_\_ and Item Number \_\_\_\_\_ was corrected on _____
By (Method of Abatement): _____

_____

Citation Number \_\_\_\_\_ and Item Number \_\_\_\_\_ was corrected on _____
By (Method of Abatement): _____

_____

Citation Number \_\_\_\_\_ and Item Number \_\_\_\_\_ was corrected on _____
By (Method of Abatement): _____

_____

Citation Number \_\_\_\_\_ and Item Number \_\_\_\_\_ was corrected on _____
By (Method of Abatement): _____

_____

I certify that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement.

_____        _____
Signature                                              Date

_____        _____
Typed or Printed Name                                  Title

**NOTE: 29 USC 666(g)** whoever knowingly makes any false statements, representation or certification in any application, record, plan or other documents filed or required to be maintained pursuant to the Act shall, upon conviction, be punished by a fine of not more than $10,000 or by imprisonment of not more than 6 months or both.

**POSTING:** A copy of completed Corrective Action Worksheet should be posted for employee review.



<u>**Citation and Notification of Penalty**</u>

**Company Name: Quick Roofing LLC.**
**Inspection Site:** 101 Northampton Drive, Justin, TX 76247

---

<u>Citation 1 Item 1</u>    Type of Violation: **Serious**

29 CFR 1910.23(c)(11): The employer did not ensure that portable ladders used to gain access to an upper landing surface that have side rails that extend at least 3 feet (0.9 m) above the upper landing surface.

On or about June 12, 2024, at a residential construction site, the side rails of a portable extension ladder did not extend three (3) feet over the landing surface while an employee accessed an upper level during service operations.

In accordance with 29 CFR 1903.19(c), abatement certification is required for this violation (using the CERTIFICATION OF CORRECTIVE ACTION WORKSHEET).

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                          August 19, 2024
Proposed Penalty:                                                      $8,067.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 6                       OSHA-2



<u>**Citation and Notification of Penalty**</u>

**Company Name: Quick Roofing LLC.**
**Inspection Site:** 101 Northampton Drive, Justin, TX 76247

---

<u>Citation 2 Item 1</u>    Type of Violation: **Repeat - Serious**

29 CFR 1910.28(b)(1)(i): Except as provided elsewhere in this section 29 CFR 1910.28, the employer did not ensure that each employee on a walking-working surface with an unprotected side or edge that is 4 feet (1.2 m) or more above a lower level is protected from falling by one or more of the systems described in 29 CFR 1910.28(b)(1)(i):

On or about June 12, 2024, at a residential construction site, a fall protection system was not utilized when working at heights of four (4) feet or greater from a lower level while employee(s) performed service operations.

Quick Roofing LLC was previously cited for a violation of this occupational safety and health standard or its equivalent standard 29 CFR 1910.28(b)(1)(i), which were contained in OSHA inspection number 1709075, citation number 001, item number 001, issued on November 13, 2023, and was affirmed as a final order on April 29, 2024, with respect to a workplace located at 1339 Eldridge Pond Street, Forney, TX 75126.

In accordance with 29 CFR 1903.19(d), abatement certification is required for this violation (using the CERTIFICATION OF CORRECTIVE ACTION WORKSHEET), and in addition, documentation demonstrating that abatement is complete must be included with your certification. This documentation may include, but is not limited to, evidence of the purchase or repair of the equipment, photographic or video evidence of abatement, or other written records.

**ABATEMENT DOCUMENTATION REQUIRED FOR THIS ITEM**

Date By Which Violation Must be Abated:                                    August 19, 2024
Proposed Penalty:                                                          $22,583.00

*Sean Tynes*
**Timothy Minor**
Area Director

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                  Page 7                          OSHA-2

**U.S. Department of Labor**

Occupational Safety and Health Administration
8713 Airport Freeway
Suite 302
Fort Worth, TX 76180



# INVOICE /
# DEBT COLLECTION NOTICE

**Company Name: Quick Roofing LLC.**
**Inspection Site: 101 Northampton Drive, Justin, TX 76247**
**Issuance Date:**   07/22/2024

Summary of Penalties for Inspection Number:          1754451

| | |
|---|---:|
| Citation 1 Item 1, Serious | $8,067.00 |
| Citation 2 Item 1, Repeat - Serious | $22,583.00 |

**TOTAL PROPOSED PENALTIES:**                                                    **$30,650.00**

To avoid additional charges, please remit payment promptly to this Area Office for the total amount of the uncontested penalties summarized above. Make your check or money order payable to: "DOL-OSHA". Please indicate OSHA's Inspection Number (indicated above) on the remittance. You can also make your payment electronically at www.pay.gov. At the top of the pay.gov homepage, type "**OSHA**" in the Search field and select Search. From the **OSHA Penalty Payment Form** search result, select Continue. The direct link is: https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334. You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will cash the check or money order as if these restrictions or conditions do not exist.

If a personal check is issued, it will be converted into an electronic fund transfer (EFT). This means that our bank will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will then usually occur within 24 hours and will be shown on your regular

account statement. You will not receive your original check back. The bank will destroy your original check, but will keep a copy of it. If the EFT cannot be completed because of insufficient funds or closed account, the bank will attempt to make the transfer up to two times.

Pursuant to the Debt Collection Act of 1982 (Public Law 97-365) and regulations of the U.S. Department of Labor (29 CFR Part 20), the Occupational Safety and Health Administration is required to assess interest, delinquent charges, and administrative costs for the collection of delinquent penalty debts for violations of the Occupational Safety and Health Act.

**Interest**: Interest charges will be assessed at an annual rate determined by the Secretary of the Treasury on all penalty debt amounts not paid within one month (30 calendar days) of the date on which the debt amount becomes due and payable (penalty due date). The current interest rate is one percent (1%). Interest will accrue from the date on which the penalty amounts (as proposed or adjusted) become a final order of the Occupational Safety and Health Review Commission (that is, 15 working days from your receipt of the Citation and Notification of Penalty), unless you file a notice of contest. Interest charges will be waived if the full amount owed is paid within 30 calendar days of the final order.

**Delinquent Charges**: A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made. If the debt remains delinquent for more than 90 calendar days, a delinquent charge of six percent (6%) per annum will be assessed accruing from the date that the debt became delinquent.

**Administrative Costs**: Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts. These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt. Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.


*Sean Tynes*

**Timothy Minor**
Area Director

7-22-2024

Date

Exhibit O

**U.S. Department of Labor**   Occupational Safety and Health Administration
8713 Airport Freeway
Suite 302
Fort Worth, TX 76180



07/22/2024


Quick Roofing LLC.
and its successors
925 E Kennedale Pkwy
Kennedale, TX 76060


Dear Employer:


Enclosed you will find citations for violations of the Occupational Safety and Health Act of 1970 (the Act) which may have accompanying proposed penalties. Also enclosed is a booklet entitled, "Employer Rights and Responsibilities Following an OSHA Inspection", (OSHA 3000), which explains your rights and responsibilities under the Act. If you have any questions about the enclosed citations and penalties, I would welcome further discussions in person or by telephone. Please contact me at (817) 428-2470.


You will note on page 6 of the booklet that, for violations which you do not contest, you must (1) notify this office promptly by letter that you have taken appropriate corrective action within the time set forth on the citation; and (2) pay any penalties assessed. Please inform me of the abatement steps you have taken and of their dates together with adequate supporting documentation; e.g., drawings or photographs of corrected conditions, purchase/work orders related to abatement actions, air sampling results. This information will allow us to close the case.


As indicated on page 3 of the booklet, you may request an informal conference with me during the 15-working-day notice of contest period. During such an informal conference you may present any evidence or views which you believe would support an adjustment to the citation or the penalty.


If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of the citation. The running of this contest period is not interrupted by an informal conference.


If you decide to request an informal conference, please complete the attached notice at the bottom of this letter and post it next to the Citations as soon as the time, date and the place of the informal conference have been determined. Be sure to bring to the conference with you any and all supporting documentation of existing conditions as well as of any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.

Sincerely,

*Sean Tynes*

**Timothy Minor**
Area Director

Enclosures

## U.S. Department of Labor

Occupational Safety and Health Administration
8713 Airport Freeway
Suite 302
Fort Worth, TX 76180



## Citation and Notification of Penalty

**To**:
Quick Roofing LLC.
and its successors
925 E Kennedale Pkwy
Kennedale, TX 76060

**Inspection Site:**
101 Northampton Drive
Justin, TX 76247

**Inspection Number**: 1754502
**Inspection Date(s)**: 06/12/2024 - 07/18/2024
**Issuance Date**:        07/22/2024

*The violation(s) described in this Citation and Notification of Penalty is (are) alleged to have occurred on or about the day(s) the inspection was made unless otherwise indicated within the description given below.*

This Citation and Notification of Penalty (this Citation) describes violations of the Occupational Safety and Health Act of 1970. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 15 working days (excluding weekends and Federal holidays) from your receipt of this Citation and Notification of Penalty **you either call to schedule an informal conference (see paragraph below) or** you mail a notice of contest to the U.S. Department of Labor Area Office at the address shown above. Please refer to the enclosed booklet (OSHA 3000) which outlines your rights and responsibilities and which should be read in conjunction with this form. Issuance of this Citation does not constitute a finding that a violation of the Act has occurred unless there is a failure to contest as provided for in the Act or, if contested, unless this Citation is affirmed by the Review Commission or a court.

**Posting -** The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or, if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 3 working days (excluding weekends and Federal holidays), whichever is longer.

**Informal Conference -** An informal conference is not required. However, if you wish to have such a conference you may request one with the Area Director during the 15 working day contest period by calling (817) 428-2470. During such an informal conference, you may present any evidence or views which you believe would support an adjustment to the citation(s) and/or penalty(ies).

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be submitted to the Area Director within 15 working days of your receipt of this Citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete, remove and post the Notice to Employees next to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have been determined. Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**Right to Contest –** You have the right to contest this Citation and Notification of Penalty. You may contest all citation items or only individual items. You may also contest proposed penalties and/or abatement dates without contesting the underlying violations. **Unless you inform the Area Director in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 15 working days after receipt, the citation(s) and the proposed penalty(ies) will become a final order of the Occupational Safety and Health Review Commission and may not be reviewed by any court or agency.**

**Penalty Payment –** Penalties are due within 15 working days of receipt of this notification unless contested. (See the enclosed booklet and the additional information provided related to the Debt Collection Act of 1982.) Make your check or money order payable to "DOL-OSHA". Please indicate the Inspection Number on the remittance. You can also make your payment electronically at www.pay.gov. At the top of the pay.gov homepage, type **"OSHA"** in the Search field and select Search. From **OSHA Penalty Payment Form** search result, select Continue. The direct link is:

https://www.pay.gov/paygov/forms/formInstance.html?agencyFormId=53090334

You will be required to enter your inspection number when making the payment. Payments can be made by credit card or Automated Clearing House (ACH) using your banking information. Payments of $25,000 or more require a Transaction ID, and also must be paid using ACH. If you require a Transaction ID, please contact the OSHA Debt Collection Team at (202) 693-2170.

OSHA does not agree to any restrictions or conditions or endorsements put on any check, money order, or electronic payment for less than the full amount due, and will process the payments as if these restrictions or conditions do not exist.

**Notification of Corrective Action –** For each violation which you do not contest, you must provide *abatement certification* to the Area Director of the OSHA office issuing the citation and identified above. This abatement certification is to be provided by letter within 10 calendar days after each abatement date. Abatement certification includes the date and method of abatement. If the citation indicates that the violation was corrected during the inspection, no abatement certification is required for that item. The abatement certification letter must be posted at the location where the violation appeared and the corrective action took place or employees must otherwise be effectively informed about abatement activities. A sample abatement certification letter is enclosed with this Citation. In addition, where the citation indicates that *abatement documentation* is necessary, evidence of the purchase or repair of equipment, photographs or video, receipts, training records, etc., verifying that abatement has occurred is required to be provided to the Area Director.

**Employer Discrimination Unlawful** – The law prohibits discrimination by an employer against an employee for filing a complaint or for exercising any rights under this Act. An employee who believes that he/she has been discriminated against may file a complaint no later than 30 days after the discrimination occurred with the U.S. Department of Labor Area Office at the address shown above.

**Employer Rights and Responsibilities** – The enclosed booklet (OSHA 3000) outlines additional employer rights and responsibilities and should be read in conjunction with this notification.

**Notice to Employees** – The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the U.S. Department of Labor Area Office at the address shown above and postmarked within 15 working days (excluding weekends and Federal holidays) of the receipt by the employer of this Citation and Notification of Penalty.

**Inspection Activity Data** – You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of the Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at www.osha.gov. If you have any dispute with the accuracy of the information displayed, please contact this office.



# NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with OSHA to discuss the citation(s) issued on

07/22/2024. The conference will be held by telephone or at the OSHA office located at 8713

Airport Freeway, Suite 302, Fort Worth, TX 76180 on _____ at

_____. Employees and/or representatives of employees have a right to attend an

informal conference.

# CERTIFICATION OF CORRECTIVE ACTION WORKSHEET

**Inspection Number: 1754502**

Company Name: Quick Roofing LLC.
Inspection Site: 101 Northampton Drive, Justin, TX 76247
Issuance Date: 07/22/2024

List the specific method of correction for each item on this citation in this package that does not read "Corrected During Inspection" and return to: **U.S. Department of Labor – Occupational Safety and Health Administration, 8713 Airport Freeway, Suite 302, Fort Worth, TX 76180.**

Citation Number \_\_\_\_\_ and Item Number \_\_\_\_\_ was corrected on _____
By (Method of Abatement): _____

_____

Citation Number \_\_\_\_\_ and Item Number \_\_\_\_\_ was corrected on _____
By (Method of Abatement): _____

_____

Citation Number \_\_\_\_\_ and Item Number \_\_\_\_\_ was corrected on _____
By (Method of Abatement): _____

_____

Citation Number \_\_\_\_\_ and Item Number \_\_\_\_\_ was corrected on _____
By (Method of Abatement): _____

_____

Citation Number \_\_\_\_\_ and Item Number \_\_\_\_\_ was corrected on _____
By (Method of Abatement): _____

_____

Citation Number \_\_\_\_\_ and Item Number \_\_\_\_\_ was corrected on _____
By (Method of Abatement): _____

_____

I certify that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement.

_____          _____
Signature                                              Date

_____          _____
Typed or Printed Name                                 Title

**NOTE: 29 USC 666(g)** whoever knowingly makes any false statements, representation or certification in any application, record, plan or other documents filed or required to be maintained pursuant to the Act shall, upon conviction, be punished by a fine of not more than $10,000 or by imprisonment of not more than 6 months or both.

**POSTING:** A copy of completed Corrective Action Worksheet should be posted for employee review.



**<u>Citation and Notification of Penalty</u>**

**Company Name: Quick Roofing LLC.**
**Inspection Site:** 101 Northampton Drive, Justin, TX 76247

<u>Citation 1 Item 1</u>    Type of Violation: **Other-than-Serious**

29 CFR 1910.1200(h)(1): Employees were not provided effective information and training on hazardous chemicals in their work area at the time of their initial assignment and whenever a new hazard that the employees had not been previously trained about was introduced into their work area: (Agriculture Reference: 1928.21(a)(5))

On or about June 12, 2024, at a residential construction site, information and training regarding the use of spray paint and joint and termination sealant were not provided to the employee(s) performing service operations.

In accordance with 29 CFR 1903.19(d), abatement certification is required for this violation (using the CERTIFICATION OF ACTION WORKSHEET).

Date By Which Violation Must be Abated:                                    August 19, 2024
Proposed Penalty:                                                                              $0.00

*Sean Tynes*
**Timothy Minor**
Area Director

**SUMMARY OF PROPOSED PENALTIES**

   **Summary of Penalties for Inspection Number:**         **1754502**

   Citation 1 Item 1, Other-than-Serious                                              $0.00

See pages 1 through 4 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

**TOTAL PROPOSED PENALTIES:**                                                          **$0.00**