IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| LORI CHAVEZ-DEREMER, SECRETARY OF LABOR, | ) ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Number 25- |
| QUICK ROOFING LLC, And its successors, | ) ) ) ) | |
| Respondent. | ) ) ) | |

**DECREE ENFORCING FINAL ORDERS OF THE OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION**

This matter is before the Court on a motion of the Secretary of Labor for summary entry of judgment against Respondent, Quick Roofing LLC, and its successors, enforcing two final orders of the Occupational Safety and Health Review Commission (OSHRC or Commission). The Secretary is entitled to summary judicial enforcement of the orders.

WHEREFORE, under section 11(b) of the Occupational Safety and Health Act of 1970, 29 U.S.C. § 660(b), it is hereby:

ORDERED, ADJUDGED, AND DECREED that the two final orders of the Commission arising under the settlement agreement resolving the citations issued under inspection numbers 1566401, 1566398, 1566396, 1575342, 1570827, 1595320, 1588736, 1592944, and 1606276; and the settlement agreement resolving the citations issued under inspection numbers 1662330 and 1699316 are hereby enforced. Accordingly, Quick Roofing LLC shall:

1. Abate the violations enumerated in the citations issued under OSHA inspection numbers 1566401, 1566398, 1566396, 1575342, 1570827, 1595320, 1588736, 1592944,

1606276, 1662330, and 1699316, as retained and modified in the applicable settlement agreements.

2. Complete all abatement terms enumerated in the settlement agreement resolving the citations issued under inspection numbers 1566401, 1566398, 1566396, 1575342, 1570827, 1595320, 1588736, 1592944, and 1606276, and the settlement agreement resolving the citations issued under inspection numbers 1662330 and 1699316.

3. Cease and desist from violating in any like or related manner OSHA standards as set forth in the retained citations in OSHA inspection numbers 1566401, 1566398, 1566396, 1575342, 1570827, 1595320, 1588736, 1592944, 1606276, 1662330, and 1699316.

4. Advise Chad Vivian, Area Director, Englewood Area Office, Occupational Safety and Health Administration, U.S. Department of Labor, in writing within ten days of the date of this Decree of the steps taken to comply with this Decree.

ENTERED BY ORDER OF THE COURT

_____
Clerk

Date:_____