# IN THE UNITIED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| LORI CHAVEZ-DEREMER. SECRETARY OF LABOR ) ) ) Petitioner ) ) v. ) ) QUICK ROOFING LLC ) ) Respondent ) ) | Number 25-9551 |

## RESPONDENT'S ANSWER TO THE
## SECETARY'S PETITION FOR SUMMARY ENFORCEMENT

Pursuant to Federal Rule of Appellate Procedure, Rule 15(b)(2), the Respondent, Quick Roofing LLC, files this Answer to the Secretary's Petition for Summary Enforcement filed June 24, 2025.

The Respondent does not object to the Section 11(b) proceedings the Secretary has filed pursuant to its statutory authority derived from the Occupational Safety and Health Act of 1970 ("OSH Act" or "Act").

Dated: July 14, 2025

Respectfully submitted,

*/s/ Deva Solomon*
Deva Solomon
STEPTOE & JOHNSON PLLC
600 17th Street, Suite 2300 South
Denver, Colorado 80202
(303)-389-4300
Deva.Solomon@steptoe-johnson.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2025, I served the foregoing document on all parties by causing a true and correct copy thereof to be sent via the Court's CM/ECF system to the following counsel of record:

Marisa C. Schnaith
Senior Attorney
U.S. Department of Labor
200 Constitution Ave. NW
Washington, DC 20210
(202) 693-5517
Schnaith.marisa.c@dol.gov

*Attorney for Lori Chavez-Deremer,*
*Secretary of Labor*

*/s/ Deva Solomon*
Deva Solomon
STEPTOE & JOHNSON PLLC
600 17th Street, Suite 2300 South
Denver, Colorado 80202
(303)-389-4300
Deva.Solomon@steptoe-johnson.com